UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CITICORP NORTH AMERICA, INC., *et al.*,

                            Appellant,

vs.                                  Case No. 10-cv-60019 (Jordan)

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.* and
TOUSA, Inc., *et al.*,

                            Appellees.

## CONSENT MOTION TO EXTEND OR STAY BRIEFING DEADLINE

Appellant Citicorp North America, Inc. ("CNAI") and the Appellant First Lien Term Lenders[1] (collectively, the "Appellants"), through undersigned counsel and pursuant to S.D. Fla. L.R. 7.1 and 87.4(E), respectfully request that this Court extend or

---

[1] The First Lien Term Lenders are Bank of America, N.A.; JPMorgan Chase Bank, N.A.; CFIP Master Fund, Ltd.; CGDO, LLC (as agent for Chilton Global Credit Opportunities Master Fund LP); Fidelity REOI Cayman Ltd.; Fidelity Fixed Income Trust: Fidelity Strategic Real Return Fund; The Foothill Group, Inc.; Goldman Sachs Credit Partners L.P.; Grand Central Asset Trust, Gaia Series; Grand Central Asset Trust, SIL Series; HBK Master Fund L.P.; Investment CBNA Loan Funding LLC; JP Morgan Whitefriars Inc.; Merrill Lynch Pierce, Fenner & Smith Incorporated; Monarch Master Funding Ltd. f/k/a Quadrangle Master Funding Ltd.; Perry Principals, L.L.C.; Promethean I Master, Ltd.; Royal Bank of Canada; Taconic Capital Partners 1.5 L.P.; Taconic Opportunity Fund L.P.; Trilogy Portfolio Company, LLC; Morgan Stanley Senior Funding, Inc.; Van Kampen Dynamic Credit Opportunities Fund; Van Kampen Senior Income Trust; Van Kampen Senior Loan Fund; WCP Real Estate Strategies Fund; and WCP Real Estate Strategies Fund (Cayman), L.P.

stay the briefing deadline in the above-captioned case. In support of this Motion, the Appellants state as follows:

1. This Court docketed the Notice of Appeal from the Bankruptcy Court on January 5, 2010. [D.E. 1].[2]

2. Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), the Appellants are required to serve and file the initial brief within 14 days after entry of the appeal on the docket. Therefore, the Appellants' brief on appeal is due to be filed and served on January 19, 2010.

3. The Appellants filed a Notice of Pendency of Other Action with this Court on January 8, 2010, which references two additional appeals from the same final order at issue in this appeal.[3] [D.E. 4]. Those two appeals have been docketed in front of Judges Gold and Altonaga and similar Notices of Pendency were filed by the respective appellants. *See* Case No. 10-60017-ASG [D.E. 4]; Case No. 10-60018-CMA [D.E. 5].

4. Appellee the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.* (the "Appellee Committee") also filed a Notice of Related Actions, in which it indicated its intent to file motions to stay, or in the alternative to dismiss, all three of the appeals

---

[2] Unless otherwise noted, items refers to as "D.E. __" refer to pleadings docketed in this appeal, Case No. 10-60019-AJ.

[3] Appellees TOUSA, Inc., *et al.* also filed a Notice of Pending, Refiled, Related or Similar Actions noting the pendency of these related appeals. [D.E. 6]

because, it alleges, "[the appeals] challenge an interim order that is neither automatically appealable nor appropriate for interlocutory review." [D.E. 5, ¶ 3].

5. In light of the potential transfer and/or consolidation of the three appeals, as well as the Appellee Committee's anticipated motion to stay, the Appellants respectfully request that this Court extend or stay the briefing deadline until such time as the appeals are consolidated and the parties can propose a briefing schedule for the Court's consideration.

6. Appellants' counsel hereby certifies that counsel for Appellants have conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised, and that all consent to the relief sought herein.

Respectfully submitted,

**STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**

By:  /s/ Amy Denton Harris
   Harley Edward Riedel (183628)
   Richard Craig Prosser (354831)
   Amy Denton Harris (0634506)
   110 East Madison Street, Suite 200
   Tampa, Florida 33602-4718
   Telephone: (813) 229-0144
   Facsimile: (813) 229-1811

*Attorneys for Appellants Citicorp North America, Inc. and the First Lien Term Lenders*

Of Counsel:

**CHADBOURNE & PARKE LLP**
 Thomas J. Hall
 Thomas J. McCormack
 Seven Rivera
 30 Rockefeller Plaza
 New York, New York 10112
 Telephone: (212) 408-5100
 Facsimile: (212) 541-5369

*Attorneys for Appellants Citicorp North America, Inc. and the First Lien Term Lenders*

**BOIES, SCHILLER & FLEXNER LLP**
 Philip C. Korologos
 Eric Brenner
 575 Lexington Avenue
 Seventh Floor
 New York, New York 10022
 Telephone: (212) 446-2300

*Attorneys for Appellants Monarch Master Funding Ltd. and Trilogy Portfolio Company LLC*

January 13, 2010

## CERTIFICATE OF GOOD FAITH CONFERENCE

I certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and that all parties consent to the relief sought herein.

/s/ Amy D. Harris
Attorney

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2090-1(A)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Amy D. Harris
Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Consent Motion to Extend or Stay Briefing Deadline* has been furnished on this 13th day of January, 2010, electronically via the Court's CM/ECF system and via electronic mail to:

| Counsel for the Official Committee of Unsecured Creditors: | Counsel for the Debtors TOUSA, Inc., *et al.*: |
|---|---|
| Lawrence S. Robbins<br>Alan D. Strasser<br>Michael L. Waldman<br>ROBBINS RUSSELL ENGLERT ORSECK UNTEREINER & SAUBER LLP<br>1801 K Street, NW, Suite 411<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510<br>lrobbins@robbinsrussell.com<br>astrasser@robbinsrussell.com<br>mwaldman@robbinsrussell.com<br><br>Patricia A. Redmond<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3553<br>Facsimile: (305) 789-3395<br>predmond@swmwas.com | Richard M. Cieri<br>Paul M. Basta<br>M. Natasha Labovitz<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>rcieri@kirkland.com<br>pbasta@kirkland.com<br>nlabovitz@kirkland.com<br><br>Daniel T. Donovan<br>Matthew E. Papez<br>Jeffrey S. Powell<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>ddonovan@kirkland.com<br>mpapez@kirkland.com<br>jpowell@kirkland.com<br><br>Paul Steven Singerman<br>BERGER SINGERMAN, P.A.<br>200 South Biscayne Boulevard<br>Suite 1000<br>Miami, FL 33131<br>Telephone: (305) 775-9500<br>singerman@bergersingerman.com |

| Counsel for Wells Fargo Bank, N.A. and Second Lien Lenders: | Counsel for Senior Transeastern Lenders: |
|---|---|
| Evan D. Flaschen<br>Gregory W. Nye<br>Richard F. Whiteley<br>Heath A. Novosad<br>BRACEWELL & GIULIANI LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06013<br>Telephone: (860) 947-9000<br>Facsimile: (860) 246-3201<br>evan.flaschen@bgllp.com<br>gregory.nye@bgllp.com<br>Richard.whiteley@bgllp.com<br>heath.novosad@bgllp.com<br><br>Scott L. Baena<br>Matthew I. Kramer<br>Jeffrey Snyder<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Telephone: (305) 350-7245<br>Facsimile: (305) 374-7593<br>sbaena@bilzin.com<br>mkramer@bilzin.com<br>jsnyder@bilzin.com | Dennis F. Dunne<br>Andrew M. LeBlanc<br>Andrew Beirne<br>Dennis C. O'Donnell<br>David R. Eastlake<br>MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5287<br>Facsimile: (212) 530-5219<br>ddunne@milbank.com<br>aleblanc@milbank.com<br>abeirne@milbank.com<br>dodonnell@milbank.com<br>deastlake@milbank.com<br><br>Michael I. Goldberg<br>AKERMAN SENTERFITT<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>michael.goldberg@akerman.com |

| United States Trustee: | |
|---|---|
| Steven D. Schneiderman<br>Office of the U.S. Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL 33130<br>Telephone: (305) 536-7285<br>Facsimile: (305) 536-7360<br>Steven.D.Schneiderman@usdoj.gov | |
| | /s/ *Amy Denton Harris*<br>Amy Denton Harris |