**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| |
|---|
| CITICORP NORTH AMERICA, INC., *et al.*, |
|                       Appellant, |
| vs. |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*, |
|                       Appellee. |

Case No. 10-cv-60019 (Jordan)

**ORDER SETTING PAGE LIMIT**

THIS CAUSE came before the Court on the Uncontested Motion to Set Page Limit (D.E. 67), filed by appellants Citicorp North America, Inc., *et al.* on May 5, 2010. The Court has considered the motion and for good cause shown, it is

ORDERED AND ADJUDGED as follows:

1. The Uncontested Motion to Set Page Limit (D.E. 67) is hereby **GRANTED**.

2. The parties are not bound by the default page limits for bankruptcy appeals under S.D. Fla. L.R. 87.4(e)(2).

DONE AND ORDERED in Chambers in Miami, Florida, this 12th day of May, 2010.

/s/ Adalberto Jordan
Hon. Adalberto Jordan
United States District Judge