UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:10-cv-60019

CITICORP NORTH AMERICA, INC.,
*et al.*,

       Appellants,

v.

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, *et al.*,

       Appellees.
_____

## NOTICE OF APPEARANCE AS COUNSEL

**CHARLES M. TATELBAUM** of the law firm of Adorno & Yoss LLP, files this Notice of Appearance on behalf of Commercial Finance Association, *amicus curiae*, in the above-styled case, and requests that copies of all correspondence, motions, pleadings and all other documents be served upon the firm.

                                          /s/ Charles M. Tatelbaum
                                          Charles M. Tatelbaum
                                          Florida Bar 177540
                                          ADORNO & YOSS LLP
                                          350 East Las Olas Boulevard; Suite 1700
                                          Fort Lauderdale, FL 33301-4217
                                          Telephone: (954) 766-7820
                                          Facsimile:  (866) 621-4198
                                          Attorney for Commercial Finance
                                          Association, *amicus curiae*

{230053.0001/N0831180_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on June 2, 2010, on all counsel or parties of record on the service list.

/s/ Charles M. Tatelbaum
Charles M. Tatelbaum