UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:10-cv-60019

CITICORP NORTH AMERICA, INC.,
*et al.*,

       Appellants,

v.

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, *et al.*,

       Appellees.

## MOTION TO STRIKE MOTIONS TO APPEAR
## PRO HAC VICE [D.E. #'S 71, 72, AND 73]

Commercial Finance Association moves to strike the Motions to Appear Pro Hac Vice, which were incorrectly electronically filed. Said motions will be refiled conventionally.

Date: June 4, 2010         Respectfully submitted,

       /s/ Charles M. Tatelbaum
       Charles M. Tatelbaum
       Florida Bar No. 177540
       Ctatelbaum@adorno.com
       Adorno & Yoss LLP
       350 East Las Olas Blvd., 17th Floor
       Fort Lauderdale, FL  33301
       (954) 766-7820
       (866) 621-4198
       Attorneys for Commercial Finance
       Association, *amicus curiae*

{230053.0001/N0831755_1}

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by CM/ECF on June 4, 2010, on all counsel or parties of record on the service list.

/s/ Charles M. Tatelbaum
Charles M. Tatelbaum

{230053.0001/N0831755_1}