UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-60019-CIV-JORDAN

| | |
|---|---|
| CITICORP NORTH AMERICA, et al. | ) |
| Appellants, | ) ) ) |
| vs. | ) ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, et al., and TOUSA, INC., et al. | ) ) ) ) ) |
| Appellees. | ) ) |

**ORDER ON MOTIONS FOR ADMISSION PRO HAC VICE**

The motions for pro hac vice by Mr. Zimmerman [D.E. 77], Mr. Meyers [D.E. 78], Mr. Agudo [D.E. 79], Mr. Kohn [D.E. 80], Mr. Ganz [D.E. 81], Mr. Helfat [D.E. 82], Mr. Cretella [D.E. 83], and Mr. McDermott [D.E. 84] are DENIED WITHOUT PREJUDICE for failure to include certificates of good standing from the jurisdictions in which each attorney is admitted to practice. I will reconsider the motions if they are refiled with the certificates.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of June, 2010.

Adalberto Jordan
United States District Judge

Copy to: All counsel of record