UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10–cv–60019 (Jordan)
(No. 10-60508-civ-Jordan)

CITICORP NORTH AMERICA, INC., *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.
_____/

**RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTIONS OF THE LOAN SYNDICATIONS AND TRADING ASSOCIATION AND COMMERCIAL FINANCE ASSOCIATION TO APPEAR AS *AMICUS CURIAE***

Plaintiff-Appellee, the Official Committee of Unsecured Creditors of TOUSA, Inc. (the "Committee"), respectfully submits this response to the motions of the Loan Syndications and Trading Association ("LSTA") and the Commercial Finance Association ("CFA"), seeking leave to file briefs as *amicus curiae* and to participate in oral argument in this appeal.  See App. D.E. 75, 76.  The Committee takes no position on whether the Court should permit the movants to file *amicus* briefs.  However, if the Court permits such briefs to be filed, the Committee requests a two week extension of the date on which the Committee's brief must be filed.  The Committee opposes the movants' request to participate in oral argument.

    1.    This Court has broad discretion to permit or to deny requests to submit *amicus* briefs, and the Committee takes no position on whether the CFA and the LSTA

should be permitted to file such briefs. To aid the Court's decision, the Committee brings the following facts to the Court's attention.

First, CFA's brief is devoted *entirely* to issues that no defendant has raised in this appeal, relating to the so-called "savings clauses" in the loan agreements from which this case arises. App. D.E. 76-1 Ex. A at 4-16. A significant portion of the LSTA brief is also devoted to this issue. App. D.E. 75 Ex. A at 20-24. Each movant states, repeatedly, that the bankruptcy court's entire discussion of the savings clauses had no effect on the judgment and was merely "dictum." App. D.E. 75 Ex. A at 20, 21, 24; App. D.E. 76 at 3; App. D.E. 76-1 Ex. A at 3 & n.2. Thus, the movants seek to submit briefs on issues that this Court need not and should not decide. Cf. *Russian River Watershed Prot. Comm. v. City of Santa Rosa*, 142 F.3d 1136, 1141 (9th Cir. 1998) ("We do not review issues raised only by an amicus curiae."); *Oxford Shipping Co. v. New Hampshire Trading Corp.*, 697 F.2d 1, 7 (1st Cir. 1982) ("There is no known basis for an appeal from a dictum.").

Second, to the extent that the LSTA seeks to address issues other than the savings clauses, it merely restates, in slightly different form, arguments that the appellants have already made, at considerable length, in their briefs. Cf. Sup. Ct. R. 37.1 ("An *amicus curiae* brief that brings to the attention of the Court relevant matter not already brought to its attention by the parties may be of considerable help to the Court. An *amicus curiae* brief that does not serve this purpose burdens the Court, and its filing is not favored.").

Third, the substantial duplication of the appellants' arguments may reflect the fact that the CFA and the LSTA are not neutral and independent third parties, but instead are organizations whose members include many of the appellants or their corporate

2

affiliates.[1]  Courts often consider whether a prospective *amicus* will offer a perspective that differs from the perspective of the parties.  See, *e.g.*, *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997).  That different perspective may be lacking if the potential *amicus* is merely an entity organized to advance the interests of parties to the litigation.[2]

Fourth, the movants' legal arguments are predicated on numerous misunderstandings or misstatements about the bankruptcy court's judgment, reasoning, and findings of fact.  See *New England Patriots Football Club, Inc. v. Univ. of Colorado*, 592 F.2d 1196, 1198 n.3 (1st Cir. 1979) ("In granting permission we had assumed, wrongly, it proved, that counsel knew what an amicus is, namely, one who . . . for the assistance of the court gives information of some matter of law in regard to which the court is doubtful or mistaken, rather than one who gives a highly partisan, ('eloquent,' according to the defendants) account of the facts." (internal quotation and citation omitted)).

2.   If the Court grants leave to submit *amicus* briefs, the Committee respectfully requests a two week extension (to August 16, 2010) of the date on which it must file its response to the appellants' (and *amici*'s) briefs.  No. 10-cv-60017-GOLD,

---

[1] Nearly forty of the appellants or their corporate affiliates appear to be members of the LSTA or CFA, according to those organizations' websites.  See LSTA's Current Members, http://www.lsta.org/content. aspx?id=6644 (last visited June 15, 2010); CFA Lender Directory, https://www.cfa.com/eweb/Dynamic Page.aspx?WebCode=LoginRequired&expires=yes&Site=cfa (last visited June 15, 2010) (password required).

[2] We note that the LSTA website (LSTA's Newest Members, http://www.lsta.org/content.aspx?id=308 (last visited June 15, 2010)) identifies Monarch Alternative Capital LP as a member that joined the LSTA (and presumably contributed substantial membership dues) in 2010, after the filing of notices of appeal.  We presume that Monarch Alternative Capital is a corporate affiliate of defendant-appellant Monarch Master Funding Ltd.  Cf. Sup. Ct. R. 37.6 (requiring disclosure whether a party "made a monetary contribution intended to fund the preparation or submission of the [*amicus*] brief").  As the Court may be aware, Monarch controls a substantial, if not dominant, share of all *three* groups of appellants.  See App. D.E. 65 Ex. A at 2 (Monarch owns more than 75% of the Second Lien debt, nearly 40% of the Senior Transeastern debt, and at least 28% of the First Lien debt, as of April 14, 2010).

D.E. 64 at 32-33 (Court will grant the Committee additional time to file response brief in appropriate circumstances). If that extension is granted, the Committee has no objection to a corresponding two week extension (to September 17, 2010) for appellants' reply briefs. This schedule would still allow the Court six weeks to review the briefing prior to hearing argument on October 29, 2010.

      3.    The Committee opposes movants' request to participate in oral argument. Such participation is unlikely to add anything of substance to the arguments that will be presented by appellants, and necessarily would detract from the amount of argument time allotted to the parties, add to the time that the Court must devote to argument, or both.

## Conclusion

The Committee takes no position on movants' request for leave to submit *amicus* briefs. If that request is granted, the Committee requests a two week extension of the deadline for submitting its brief responding to appellants' and *amici*'s briefs. The Court should deny movants' request to participate in oral argument. Alternative proposed orders are attached as Exhibits A and B.

June 17, 2010

        Respectfully submitted,

By:    /s/ *Patricia A. Redmond*
      Patricia A. Redmond (Fla. Bar No. 303739)
      predmond@stearnsweaver.com
      STEARNS WEAVER MILLER WEISSLER
      ALHADEFF & SITTERSON, P.A.
      150 West Flagler Street, Suite 220
      Miami, FL 33130
      Telephone: (305) 789-3553
      Facsimile: (305) 789-3395

      Lawrence S. Robbins   *pro hac vice*
      Alan D. Strasser      *pro hac vice*
      Michael L. Waldman   *pro hac vice*
      Eric J. Feigin        *pro hac vice*
      **ROBBINS, RUSSELL, ENGLERT, ORSECK,**
      **UNTEREINER & SAUBER LLP**
      1801 K Street N.W., Suite 411-L
      Washington, DC 20006
      Telephone: (202) 775-4500
      Facsimile: (202) 775-4510
      lrobbins@robbinsrussell.com
      astrasser@robbinsrussell.com
      mwaldman@robbinsrussell.com
      efeigin@robbinsrussell.com

      *Counsel for the Official Committee of*
      *Unsecured Creditors of TOUSA, Inc., et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or by e-mail, the agreed upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electric Filing.

By:    */s/ Patricia A. Redmond*
       PATRICIA A. REDMOND

**OCUC of TOUSA, Inc., et al. v. Citicorp North America, Inc., et al.**
**Appeals 10-60017, 10-60018 and 10-60019**
**SERVICE LIST**

| | |
|---|---|
| Paul Steven Singerman | singerman@bergersingerman.com |
| Paul Avron | pavron@bergersingerman.com |
| **BERGER SINGERMAN P.A.,** *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 1000 | Telephone:  305.775.9500 |
| Miami, FL   33131 | Facsimile:  305.714.4340 |
| – and – | |
| Paul M. Basta | pbasta@kirkland.com |
| M. Natasha Labovitz | nlabovitz@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 153 East 53 Street | Telephone:  212.446.4800 |
| New York, NY   10022 | Facsimile:  212.446.4900 |
| – and – | |
| Beth Williams | Beth.Williams@kirkland.com |
| Daniel T. Donovan | ddonovan@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 655 15 Street, NW | Telephone:  202.879.5000 |
| Washington DC   20005 | Facsimile:  202.879.5200 |

*Counsel for TOUSA, Inc., et al.,* **Debtors**
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Patricia A. Redmond | predmond@swmwas.com |
| David C. Pollack | dpollack@swmwas.com |
| **STEARNS WEAVER MILLER WEISSLER  ALHADEFF & SITTERSON, P.A.**, *Local Counsel* | |
| 150 W. Flagler Street, Suite 2200 | Telephone:  305.789.3200 |
| Miami, FL   33130 | Facsimile:  305.789.3395 |
| – and – | |
| Lawrence S. Robbins | lrobbins@robbinsrussell.com |
| Donald J. Russell | drussell@robbinsrussell.com |
| Alan D. Strasser | astrasser@robbinsrussell.com |
| Michael L. Waldman, | mwaldman@robbinsrussell.com |
| Eric J. Feigin | efeigin@robbinsrussell.com |
| **ROBBINS, RUSSELL, ENGLERT, ORSECK,  UNTEREINER & SAUBER LLP** | |
| 1801 K Street, Suite 411-L | Telephone:  202-775-4500 |
| Washington, DC 20006 | Facsimile:  202.775.4510 |

*Fraudulent Conveyance Adversary Proceeding Special Counsel*
*Counsel for Official Committee of Unsecured Creditors of TOUSA, Inc., et al,* **Plaintiff / Appellee**
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Allan E Wulbern | awulbern@smithhulsey.com |
| Stephen D. Busey | busey@smithhulsey.com |

**SMITH HULSEY & BUSEY**

225 Water Street, Suite 1800          Telephone:  904.359.7700
Jacksonville, FL   32202                   Facsimile:  904.359.7708
– and –
Amy D. Harris                                  aharris.ecf@srbp.com
Richard Craig Prosser                    rprosser@srbp.com

**STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**

110 East Madison Street, Suite 200     Telephone:  813.229.0144
Tampa, FL   33602-4718                       Facsimile:  813.229.1811
– and –
Joseph H. Smolinsky                            joseph.smolinsky@weil.com

**WEIL GOTSHAL**

767 Fifth Avenue                                  Telephone:  212.310.8767
New York, NY 10153                            Facsimile:  212.310.8007
– and –
Thomas J. Hall                                    thall@chadbourne.com
Seven R. Rivera                                   srivera@chadbourne.com
Thomas J. McCormack                        tmccormack@chadbourne.com

**CHADBOURNE & PARKE LLP**

30 Rockefeller Plaza                            Telephone:  212.408.5100
New York, NY   10112                          Facsimile:  212.541.5369

*Counsel for Citicorp North America, Inc., in its capacity as Administrative Agent for the First Lien Revolver and First Lien Term Loan Credit Agreement*, **Defendant / Appellant**

- - - - - - - - - - - - - - - - - - - - - - - -

Scott L. Baena                                    sbaena@bilzin.com
Jeffrey I Snyder                                   jsnyder@bilzin.com

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**, *Local Counsel*

200 S. Biscayne Blvd., Suite 2500      Telephone:  305.374.7580
Miami, FL   33131                                Facsimile:  305.374.7593

*Co-Counsel to Wells Fargo, as Successor Administrative Agent under that Certain Second Lien Term Loan Credit Agreement, and an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Evan D. Flaschen | evan.flaschen@bgllp.com |
| Gregory W. Nye | gregory.nye@bgllp.com |
| Richard Whiteley | richard.whiteley@bgllp.com |
| Daynor M. Carman | daynor.carman@bgllp.com |

**BRACEWELL & GIULIANI LLP**
225 Asylum Street, Suite 2600              Telephone:  860.947.9000
Hartford, CT   06013                             Facsimile:  860.246.3201
– and –
David M. Levine                                   dml@LKLlaw.com
Lawrence A. Kellogg                          lak@LKLlaw.com
Robin J. Rubens                                  rjr@LKLlaw.com
Jeffrey C. Schneider                           jcs@LKLlaw.com
**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
201 South Biscayne Blvd.
Miami Center – 34th Floor                 Telephone:  305.403.8788
Miami, FL   33131                               Facsimile:  305.403.8789

*Local Counsel to several members of an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**
- - - - - - - - - - - - - - - - - - - - - - - -

John H. Genovese                              jgenovese@gjb-law.com
Paul J. Batista                                     pbattista@gjb-law.com
**GENOVESE JOBLOVE & BATTISTA, P.A.** , *Local Counsel*
100 SE 2 Street, 44 Floor                   Telephone:  305.349.2300
Miami, FL   33131                               Facsimile:  305.349.2310
– and –
David S. Rosner                                  drosner@kasowitz.com
Andrew K. Glenn                               aglenn@kasowitz.com
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway                                   Telephone:  212.506.1700
New York, NY  10019

*Counsel to Aurelius Named-Entities, GSO Named-Entities, and Carlyle Strategic Partners (collectively, the "Noteholders"),* **Defendants / Appellants**
- - - - - - - - - - - - - - - - - - - - - - - -

Ceci Culpepper Berman                     cberman@fowlerwhite.com
**FOWLER WHITE BOGGS BANKER**
501 E. Kenneth Blvd., Suite 1700       Telephone:  813.222.1136
Tampa, FL   33602                              Facsimile:  813.229.8313
– and –

| | |
|---|---|
| Aaron D. VanOort | avanoort@faegre.com |
| Melina K. Williams | mwilliams2@faegre.com |
| Stephen M. Mertz | smertz@faegre.com |
| **FAEGRE & BENSON LLP** | |
| 90 South Seventh Street, #2200 | Telephone:  612.766-7000 |
| Minneapolis, MN  55402 | Facsimile: |
| – and – | |
| Nancy A. Copperthwaite | Nancy.Copperthwaite@akerman.com |
| **AKERMAN SENTERFITT**, *Local Counsel* | |
| 1 SE 3rd Avenue, 25th Floor | Telephone:  305.374.5600 |
| Miami, FL  33131 | Facsimile:  305.374.5095 |
| – and – | |
| Michael I. Goldberg | michael.goldberg@akerman.com |
| **AKERMAN SENTERFITT**, *Local Counsel* | |
| 350 East Las Olas Blvd., Suite 1600 | Telephone:  954.463.2700 |
| Fort Lauderdale, FL  33301-2229 | Facsimile:  954.463.2224 |
| – and – | |
| Andrew M. LeBlanc | aleblanc@milbank.com |
| Andrew Beirne | abeirne@milbank.com |
| Atara Miller | amiller@milbank.com |
| Alan J. Stone | astone@milbank.com |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | |
| 1 Chase Manhattan Plaza | Telephone:  212.530.5287 |
| New York, NY   10005 | Facsimile:  212.530.5219  or  212.822.5057 |

*Counsel for the "Senior Transeastern Lenders*," **Defendants**
- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Ileana A. Cruz | icruz@whitecase.com |
| **WHITE & CASE LLP** | |
| 200 S. Biscayne Blvd., Suite 4900 | Telephone:  305.371.2700 |
| Miami, FL   33131 | Facsimile:  305.995.5289 |
| – and – | |
| Meghan McCurdy | mmccurdy@whitecase.com |
| David G. Hille | dhille@whitecase.com |
| **WHITE & CASE LLP** | |
| 1155 Avenue of the Americas | Telephone:  212.819.8200 |
| New York, NY   10036 | Facsimile:  212.354.8113 |

*Counsel for Deutsche Bank Trust Company Americas, Highland Named-Entities, Jasper CLO Ltd., Loan Funding VII LLC, Quadrangle Master Funding Ltd.*
- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jennifer Gertrude Altman | jaltman@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 100 SE 2nd Street, #2800 | Telephone: 305.539.8400 |
| New York, NY   10036 | Facsimile: 305.539.1307 |
| – and – | |
| Eric J. Brenner | ebrenner@bsfllp.com |
| Philip C. Korologos | pkorologos@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 575 Lexington Avenue, 7th Floor | Telephone: 212.446.2315 |
| New York, NY   10036 | Facsimile: 212.446.2350 |

*Counsel for Monarch Master Funding Ltd., Trilogy Portfolio Company, LLC*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jonathan N. Helfat | jhelfat@oshr.com |
| James M. Cretella | jcretella@oshr.com |
| **OTTENBOURG, STEINDLER, HOUSTON & ROSEN, P.C.** | |
| 230 Park Avenue, 29th Floor | Telephone: 212.661.9100 |
| New York, NY   10169 | Facsimile: 212.682.6104 |
| – and – | |
| William C. Meyers | william.meyers@goldbergkohn.com |
| Nury Agudo | nury.agudo@goldbergkohn.com |
| Richard M. Kohn | richard.kohn@goldbergkohn.com |
| **GOLDBERG KOHN** | |
| 55 East Monroe Street, Suite 3300 | Telephone: 312.201.4000 |
| Chicago, IL   60603 | Facsimile: 312.332.2196 |
| – and – | |
| Charles M. Tatelbaum | ctatelbaum@adorno.com |
| **ADORNO & YOSS** | |
| 350 E. Las Olas Boulevard, Suite 1700 | Telephone: 954.766.7820 |
| Fort Lauderdale, FL   33301 | Facsimile: 866.621.4198 |

*Counsel for Amicus Curiae Commercial Finance Association*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| George A. Zimmerman | george.zimmerman@skadden.com |
| Mark A. McDermott | mark.mcdermott@skadden.com |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP** | |
| 4 Times Square | Telephone: 212.735.3000 |
| New York, NY   10036 | Facsimile: 212.735.2000 |
| – and – | |
| Elliot Ganz | eganz@lsta.org |
| **LOAN SYNDICATIONS & TRADING ASSOCIATION** | |
| 366 Madison Avenue | Telephone: 212.880-3000 |
| New York, NY   10017 | Facsimile: 212.880.3040 |
| – and – | |

| | |
|---|---|
| Thomas M. Messana | tmessana@mws-law.com |
| **MESSANA STERN, P.A.** | |
| 401 East Law Olas Blvd., Suite 1400 | Telephone:  954.712.7400 |
| Fort Lauderdale, FL   33301 | Facsimile:  954.712.7401 |

*Counsel for Amicus Curiae Loan Syndications and Trading Association*

- - - - - - - - - - - - - - - - - - - - - - - - -

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 10–cv–60019 (Jordan)
(No. 10-60508-civ-Jordan)

CITICORP NORTH AMERICA, INC., *et al.*,

      Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

      Appellees.
_____/

**PROPOSED ORDER**

      THIS CAUSE came before the Court on the (1) Motion For Leave To Appear As *Amicus Curiae* Supporting Reversal Of Bankruptcy Court's Decision, filed by the Loan Syndications and Trading Association (App. D.E. 75), and the (2) Motion For Leave To Appear As *Amicus Curiae* In Support Of First Lien Appellants And For Reversal Of Bankruptcy Court's Decision, filed by the Commercial Finance Association (App. D.E. 76). The Court has considered the motions and responses, and being fully advised in the premises, it is

      ORDERED AND ADJUDGED as follows:

      The motions are DENIED.

      DONE AND ORDERED in Chambers in Miami, Florida, this ____ day of _____, 2010.

                                                                 Hon. Adalberto Jordan
                                                                 United States District Judge

cc: Counsel of Record

# EXHIBIT B

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

No. 10–cv–60019 (Jordan)
(No. 10-60508-civ-Jordan)

CITICORP NORTH AMERICA, INC., *et al.*,

        Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

        Appellees.
_____/

**PROPOSED ORDER**

THIS CAUSE came before the Court on the (1) Motion For Leave To Appear As *Amicus Curiae* Supporting Reversal Of Bankruptcy Court's Decision, filed by the Loan Syndications and Trading Association ("LSTA") (App. D.E. 75), and the (2) Motion For Leave To Appear As *Amicus Curiae* In Support Of First Lien Appellants And For Reversal Of Bankruptcy Court's Decision, filed by the Commercial Finance Association ("CFA") (App. D.E. 76).  LSTA and CFA each seek leave to file a brief as *amicus curiae* and to participate at oral argument of this appeal.  The Court has considered the motions and responses, and being fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

The requests of LSTA and CFA each to file a brief as *amicus curiae* are GRANTED.

The requests of LSTA and CFA to participate at oral argument are DENIED.

The deadline for appellees to file responsive briefs is extended to August 16, 2010. The deadline for appellants to file reply briefs is extended to September 17, 2010.

DONE AND ORDERED in Chambers in Miami, Florida, this \_\_\_\_ day of _____, 2010.

_____
Hon. Adalberto Jordan
United States District Judge

cc: Counsel of Record