UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60019-CIV-JORDAN
(CASE NO. 10-60508-CIV-JORDAN)

CITICORP NORTH AMERICA, INC., et al.,

    Appellants,

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

    Appellee.



*Amended*

**MOTION FOR GEORGE A. ZIMMERMAN TO APPEAR *PRO HAC VICE* ON BEHALF OF *AMICUS CURIAE* LOAN SYNDICATIONS AND TRADING ASSOCIATION**

In accordance with Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of George A. Zimmerman, of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, for purposes of appearing as co-counsel on behalf of *amicus curiae* Loan Syndications and Trading Association in the above-styled case only, and pursuant to Section 2B of this Court's CM/ECF Administrative Procedures, to permit Mr. Zimmerman to receive Notices of Electronic Filing in this case, and in support thereof, states:

1.    Mr. Zimmerman is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York, and is admitted to practice law in the United States Supreme Court, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Bankruptcy Court for the Western District of New York and the United States Courts of

Appeals for the First, Second, Third and Fifth Circuits. The certificate of good standing from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department is attached as Exhibit A.

2. The undersigned, Thomas M. Messana, Esq., of the law firm Messana Stern LLP, is a member in good standing of The Florida Bar and the Bar of this Court, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. The undersigned consents to be designated as a member of this Court's Bar with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. The requisite $75 filing fee has been paid for Mr. Zimmerman's limited admission to this Court, and a certification in accordance with Rule 4(B) is attached hereto.

4. Mr. Zimmerman, by and through designated counsel and pursuant to Section 2B of the Court's CM/ECF Administrative Procedures, further requests that the Court provide Notices of Electronic Filing to Mr. Zimmerman at the following e-mail address: george.zimmerman@skadden.com.

5. A proposed order granting this motion is attached hereto as Exhibit B.

**WHEREFORE**, the undersigned moves this Court to enter an Order permitting George A. Zimmerman to appear before this Court on behalf of *amicus curiae* Loan Syndications and Trading Association for all purposes relating to the proceedings in the above-

styled matter and directing the Clerk of Court to provide Notices of Electronic Filing to Mr. Zimmerman.

Dated: June 18, 2010.

Respectfully Submitted,
Messana Stern, P.A.
*Co-Counsel for Amicus Curiae*
*Loan Syndications and Trading Association*
401 East Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone:  (954) 712-7400
Facsimile:   (954) 712-7401
tmessana@mws-law.com

_____
Thomas M. Messana
Florida Bar No. 991422

## CONSENT TO ACT AS LOCAL COUNSEL

I, Thomas M. Messana, an attorney qualified to practice in this court, consent to designation as local attorney for George A. Zimmerman and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served.

Messana Stern, P.A.
*Co-Counsel for Amicus Curiae*
*Loan Syndications and Trading Association*
401 East Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: (954) 712-7400
Facsimile: (954) 712-7401
tmessana@mws-law.com

Thomas M. Messana
Florida Bar No. 991422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60019-CIV-JORDAN
(CASE NO. 10-60508-CIV-JORDAN)

CITICORP NORTH AMERICA, INC., et al.,

      Appellants,

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

      Appellee.

_____/

## CERTIFICATION OF GEORGE A. ZIMMERMAN

George A. Zimmerman, pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida, and (2) I am a member in good standing of the Bar of the State of New York, and I am admitted to practice law in the United States Supreme Court, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Courts of Appeals for the First, Second and Fifth Circuits.

George A. Zimmerman
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000
George.Zimmerman@skadden.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that upon entry on the docket, a true and correct copy of the foregoing *Motion for George A. Zimmerman to Appear Pro Hac Vice on Behalf O Amicus Curiae Loan Syndications and Trading Association* was served on June 18, 2010 via electronic transmission on all CM/ECF registered users identified on the attached Service List.

                                        Messana Stern, P.A.
                                        *Co-Counsel for Amicus Curiae*
                                        *Loan Syndications and Trading Association*
                                        401 East Las Olas Boulevard, Suite 1400
                                        Ft. Lauderdale, Florida 33301
                                        Telephone:  (954) 712-7400
                                        Facsimile:    (954) 712-7401
                                        tmessana@mwslaw.com

                                        _____
                                        Thomas M. Messana
                                        Florida Bar No. 991422

## SERVICE LIST

**Counsel for the Official Committee of Unsecured Creditors:**
Lawrence S. Robbins
Donald Russell
Michael L. Waldman
ROBBINS RUSSELL ENGLERT ORSECK UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411
Washington, D.C. 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
lrobbins@robbinsrussell.com
drussell@robbinsrussell.com
mwaldman@robbinsrussell.com


Patricia A. Redmond
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, PA
Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
predmond@stearnsweaver.com

**Counsel for the Debtors:**

Daniel T. Donovan
Matthew E. Papez
Jeffrey S. Powell
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Suite 200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
ddonovan@kirkland.com
mpapez@kirkland.com
jpowell@kirkland.com


Paul Steven Singerman
BERGER SINGERMAN, P.A.
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 775-9500
Facsimile: (305) 714-4340
Singerman@bergersingerman.com

Richard M. Cieri
Paul M. Basta
M. Natasha Labovitz
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, N.Y. 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rcieri@kirkland.com
pbasta@kirkland.com
nlabovitz@kirkland.com

**Counsel for Wells Fargo Bank, N.A. and Second Lien Term Loan Lenders**
Evan D. Flaschen
Gregory W. Nye
Richard F. Whiteley
Heath A. Novosad
BRACEWELL & GIULIANI LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06013
Telephone: (860) 947-9000
Facsimile: (860) 246-3201
evan.flaschen@bgllp.com
gregory.nye@bgllp.com
Richard.whiteley@bgllp.com
heath.novosad@bgllp.com

Scott L. Baena
Matthew I. Kramer
Jeffrey Snyder
BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 350-7245
Facsimile: (305) 374-7593
sbaena@bilzin.com
mkramer@bilzin.com
jsnyder@bilzin.com

**Counsel for Senior Transeastern Lenders**
Dennis F. Dunne
Andrew M. LeBlanc
Andrew Beirne
Dennis C. O'Donnell
MILLBANK, TWEED, HADLEY & MCCLOY, LLP
1 Chase Manhattan Plaza
New York, N.Y. 10005
Telephone: (212) 530-5287
Facsimile: (212) 530-5210
ddunne@milbank.com
aleblanc@milbank.com
abierne@milbank.com
dodonnell@milbank.com

Michael I. Goldberg
AKERMAN SENTERFITT
Las Olas Centre II, Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
michael.goldberg@akerman.com

**Counsel for Appellants Monarch Master Funding, Ltd., and Trilogy Portfolio Company, LLC**
Stephen N. Zack
Jennifer Gertrude Altman
BOIES, SCHILLER & FLEXNER LLP
100 Southeast 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
szack@bsfllp.com
jaltman@bsfllp.com

Philip C. Korologis
Eric Brenner
BOIES, SCHILLER & FLEXNER, LLP
575 Lexington Avenue, 7th Floor
New York, N. Y. 10022
Telephone: (212) 446-2315
Facsimile: (212) 446-2350
pkorologos@bsfllp.com
ebrenner@bsfllp.com

**United States Trustee**

Steven D. Schneiderman
Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
Telephone: (305) 536-7285
Facsimile: (305) 536-7360
Steven.d.schneiderman@usdoj.gov

**Counsel for Appellants Citicorp North America, Inc. and the First Lien Term Lenders**
Harley Edward Riedel
Richard Craig Prosser
Amy Denton Harris
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
hriedel@srbp.com
rprosser@srbp.com
aharris.ecf@srbp.com

Thomas J. Hall
Thomas J. McCormack
Seven Rivera
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, N. Y. 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
thall@chadbourne.com
tmccormack@chadbourne.com
srivera@chadbourne.com

**Amicus**
**Counsel for Commercial Finance Association**
Charles M. Tatelbaum
ADORNO & YOSS
350 E. Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
Telephone: (954) 766-7820
Facsimile: (866) 621-4198
ctatelbaum@adorno.com

9

**James M. Cretella**
**Jonathan N. Helfat**
Otterbourg Steindler Houston & Rosen PC
230 Park Avenue
29th Floor
New York, N.Y. 10169
Telephone: 212-661-9100
Facsimile: 212-682-6104
jcretella@oshr.com
jhelfat@oshr.com

**Nury Agudo**
**Richard M. Kohn**
**William C. Meyers**
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60630
Telephone: 312-201-4000
Facsimile:   312-332-2196
nury.agudo@goldbergkohn.com
richard.kohn@goldbergkohn.com
william.meyers@goldbergkohn.com

**Amicus Curiae**
**Counsel for Loan Syndications and Trading Association**
George A. Zimmerman
Mark A. McDermott
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM, LLP
4 Times Square
New York, N. Y. 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
George.Zimmerman@skadden.com
Mark.McDermott@skadden.com

Elliot Ganz
LOAN SYNDICATIONS &
 TRADING ASSOCIATION
366 Madison Avenue
New York, N.Y. 10017
Telephone: (212) 880-3000
Facsimile:  (212) 880-3040
eganz@lsta.org

# EXHIBIT A



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **George Abraham Zimmerman** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **25th** day of **June 1980**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 17, 2010.

*James Edward Pelzer*

**Clerk of the Court**

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60019-CIV-JORDAN
(CASE NO. 10-60508-CIV-JORDAN)

CITICORP NORTH AMERICA, INC., et al.,

      Appellants,

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

      Appellee.

_____/

## ORDER GRANTING MOTION FOR GEORGE A. ZIMMERMAN TO APPEAR *PRO HAC VICE* ON BEHALF OF AMICUS CURIAE LOAN SYNDICATIONS AND TRADING ASSOCIATIONS

THIS CAUSE came before the Court upon the Motion for George A Zimmerman To Appear Pro Hac Vice On Behalf Of Amicus Curiae Loan Syndications and Trading Associations (D.E. #_____) (the "Motion") in the above-styled case, pursuant to Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida. The Court being fully advised in the premises, it is:

ORDERED and ADJUDGED

1.     The Motion is GRANTED.

2.     George A. Zimmerman is granted permission to appear and participate in this action on behalf of Amicus Curiae Loan Syndications and Trading Associations. The Clerk shall

provide electronic notification of all electronic filings to George A. Zimmerman at george.zimmerman@skadden.com.

DONE and ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this _____ day of _____, 2010.

                                                                                HONORABLE ADALBERTO JORDAN
                                                                                U.S. DISTRICT JUDGE

cc: Counsel of Record