UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:10-cv-60019  Jordan

CITICORP NORTH AMERICA INC.,
et al.,

        Appellants,

v.

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, et al.,

        Appellees.



## NOTICE OF FILING CERTIFICATE OF GOOD STANDING

Jonathan N. Helfat, appearing *pro hac vice* for Commercial Finance Association, *amicus curiae*, by and through undersigned counsel, hereby provides notice of the filing of the attached Certificate of Good Standing from the United States District Court for the Southern District of New York in support of his Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing.

Dated: June 22, 2010.

By: /s/ John B. Hutton (for)   Fla. Bar # 0059875
Charles M. Tatelbaum
Florida Bar No. 177540
Ctatelbaum@adorno.com
Adorno & Yoss LLP
350 East Las Olas Blvd., 17th Floor
Fort Lauderdale, FL 33301
(954) 766-7820
(866) 621-4198

Attorneys for Commercial Finance
Association, *amicus curiae*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Certificate of Good Standing was served by email or by U.S. Mail on June 22, 2010, on all counsel or parties of record on the service list.

By: _____
Charles M. Tatelbaum

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     JONATHAN N. HELFAT     </u>, Bar # <u>   JH9484   </u>

was duly admitted to practice in this Court on

<u>   JUNE 26th, 1973   </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>    on    <u>   JUNE 16th, 2010   </u>

<u>  Ruby J. Krajick  </u>    by   <u>  [signature]  </u>
Clerk                                          Deputy Clerk