UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:10-cv-60019

CITICORP NORTH AMERICA INC.,
et al.,

        Appellants,

v.

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, et al.,

        Appellees.



## NOTICE OF FILING CERTIFICATES OF GOOD STANDING

William C. Meyers, appearing *pro hac vice* for Commercial Finance Association, *amicus curiae*, by and through undersigned counsel, hereby provides notice of the filing of the attached Certificates of Good Standing from the United States District Courts for the Northern District of Illinois and the Eastern District of Michigan in support of his Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing.

Dated: June 23, 2010.

By: _____  Fla Bar # 0059875
Charles M. Tatelbaum
Florida Bar No. 177540
Ctatelbaum@adorno.com
Adorno & Yoss LLP
350 East Las Olas Blvd., 17th Floor
Fort Lauderdale, FL 33301
(954) 766-7820
(866) 621-4198

Attorneys for Commercial Finance
Association, *amicus curiae*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Certificates of Good Standing was served by email or by U.S. Mail on June 23, 2010, on all counsel or parties of record on the service list.

By: _____
to/cCharles M. Tatelbaum

Fla. Bar # 0059875

{230053.0001/N0835061_1}                              2

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. William Charles Meyers

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That William Charles Meyers was duly admitted to practice in said Court on (12/16/1987) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/15/2010 )

Michael W. Dobbins, Clerk,

By: Jannette Nunez
Deputy Clerk

# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of Court, certify that

## William C. Meyers

was duly admitted to practice in this Court on 06/07/2000,

and is in good standing as a member of the Bar of this Court.

Dated at Flint, Michigan on 06/17/2010.

**David J. Weaver**
Clerk

