**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 10-60019 (JORDAN)**

| | |
|---|---|
| In re:<br><br>TOUSA, INC., *et al.*<br><br>　　　　　　　　　　　Debtors.<br><br>CITICORP NORTH AMERICA, INC., *et al.*,<br><br>　　　　　　　　　　　Appellants,<br>　vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TOUSA, INC., *et al.*,<br><br>　　　　　　　　　　　Appellees. | Appeal from Bankruptcy Court<br>Adversary Proceeding No. 08-01435-JKO |

**TOUSA APPELLEES' PARTIAL JOINDER IN THE RESPONSE
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO THE MOTIONS TO APPEAR AS *AMICUS CURIAE***

In its Response to the Motions of the Loan Syndications and Trading Association and Commercial Finance Association To Appear As *Amicus Curiae*, the Committee requested a two week extension of the date on which the Committee's brief must be filed if the Court were to permit the Loan Syndications and Trading Association and Commercial Finance Association (collectively "Movants") to file *amicus* briefs. App. D.E. 86. In order to preserve the uniformity of briefing schedules, should leave be granted for the Movants to file *amicus* briefs, the TOUSA Appellees join in the Committee's request for an additional two weeks to submit their Opposition brief. The TOUSA Appellees have no objection to a corresponding two week extension for Appellants' replies in the event this extension is granted.

Dated:  June 23, 2010                    Respectfully submitted,

*/s/ Paul A. Avron*
Paul A. Avron (Florida Bar No. 0050814)
BERGER SINGERMAN, P.A.
200 Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

Daniel T. Donovan, Esq.
Beth A. Williams, Esq.
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
Beth.Williams@kirkland.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of June, 2010 a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system or e-mail to the recipients listed below.

/s/ Paul A. Avron  (Florida Bar No. 0050814)
**BERGER SINGERMAN, P.A.**
200 Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

| | |
|---|---|
| Andrew M. LeBlanc<br>Andrew Beirne<br>MILBANK, TWEED, HADLEY, & MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5287<br>Facsimile: (212) 530-5219<br>aleblanc@milbank.com<br>abeirne@milbank.com<br><br>Michael I. Goldberg<br>AKERMAN SENTERFITT<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>michael.goldberg@akerman.com<br><br>Allan E. Wulbern<br>SMITH, HULSEY & BUSEY<br>225 Water St., # 1800<br>Jacksonville, FL 32202<br>awulbern@smithhulsey.com<br><br>Amy D. Harris<br>STRICHTER, RIEDEL, BLAIN & PROSSER, P.A.<br>110 E. Madison St., #200<br>Tampa, FL 33602<br>aharris.ecf@srbp.com<br><br>Joseph H. Smolinsky<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>joseph.smolinsky@weil.com<br><br>Philip C. Korologos<br>Eric J. Brenner<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Ave., 7th floor<br>New York, NY 10022<br>pkorologos@bsfllp.com<br>ebrenner@bsfllp.com | Lawrence S. Robbins<br>Michael L. Waldman<br>ROBBINS RUSSELL ENGLERT ORSECK UNTEREINER & SAUBER LLP<br>1801 K Street, N.W., Suite 411<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510<br>lrobbins@robbinsrussell.com<br>mwaldman@robbinsrussell.com<br><br>Patricia A. Redmond<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3553<br>Facsimile: (305) 789-3395<br>predmond@swmwas.com<br><br>Thomas J. Hall<br>Eric J. Przybylko<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10012<br>thall@chadbourne.com<br>eprzybylko@chadbourne.com<br><br>Scott L. Baena<br>BILZIN, SUMBERG, BAENA, PRICE & AXELROD LLP<br>200 S. Biscayne Blvd., #2500<br>Miami, FL 33131<br>sbaena@bilzin.com<br><br>Gregory W. Nye<br>Richard Whiteley<br>BRACEWELL & GIULIANI LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06103<br>Gregory.nye@bgllp.com<br>Richard.whiteley@bgllp.com |

| | |
|---|---|
| David S. Rosner<br>Andrew K. Glenn<br>KASOWITZ, BENSON, TORRES, & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY10019<br>drosner@kasowitz.com<br><br>Jonathan N. Helfat<br>James M. Cretella<br>OTTENBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>230 Park Avenius, 29th Floor<br>New York, NY 10169<br>jhelfat@oshr.com<br><br>William C. Meyers<br>Nury Agudo<br>Richard M. Kohn<br>GOLDBERG KOHN<br>55 East Monrow Street, Suite 3300<br>Chicago, IL 60603<br>William.meyers@goldbergkohn.com<br><br>Charles M. Tatelbaum<br>ADORNO & YOSS<br>350 E. Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>ctatelbaum@adorno.com | Aaron D. VanOort<br>Melina K. Williams<br>Stephen M. Mertz<br>FAEGRE & BENSON LLP<br>90 South Seventh Street, #2200<br>Minneapolis, MN 55402<br><br>Ileana A. Cruz<br>WHITE & CASE LLP<br>200 South Biscayne Blvd. Suite 4900<br>Miami, FL 33131<br>icruz@whitecase.com<br><br>George A. Zimmerman<br>Mark A. McDermott<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY 10036<br>George.Zimmerman@skadden.com<br><br>Elliot Ganz<br>Loan Syndications & Trading Association<br>366 Madison Avenue<br>New York, NY 10017<br>Eganz@lsta.org<br><br>Thomas M. Messana<br>MESSANA STERN, P.A.<br>401 East Las Olas Blvd., Suite 1400<br>Fort Lauderdale, FL 33301<br>TMessana@mws-law.com |