UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60019-CIV-JORDAN
(CASE NO. 10-60508-CIV-JORDAN)

CITICORP NORTH AMERICA, INC., et al.,

    Appellants,

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

    Appellees.

_____/

### AMENDED MOTION FOR MARK A. MCDERMOTT TO APPEAR *PRO HAC VICE* ON BEHALF OF *AMICUS CURIAE* LOAN SYNDICATIONS AND TRADING ASSOCIATION

In accordance with Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Mark A. McDermott, of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, for purposes of appearing as co-counsel on behalf of *amicus curiae* the Loan Syndications and Trading Association in the above-styled case only, and pursuant to Section 2B of this Court's CM/ECF Administrative Procedures, to permit Mr. McDermott to receive Notices of Electronic Filing in this case, and in support thereof, states:

    1.    Mr. McDermott is a member in good standing of the Bar of the State of New York, and is admitted to practice law in the United States District Court for the Southern District of New York, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, and the United States Courts of Appeals for the Fourth and Eighth Circuits and the State Courts of Iowa and Illinois. The

certificate of good standing from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department is attached as Exhibit A.

2. The undersigned, Thomas M. Messana, Esq., of the law firm Messana Stern, P.A., is a member in good standing of The Florida Bar and the Bar of this Court, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. The undersigned consents to be designated as a member of this Court's Bar with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. The requisite $75 filing fee has been paid for Mr. McDermott's limited admission to this Court, and a certification in accordance with Rule 4(B) is attached hereto.

4. Mr. McDermott, by and through designated counsel and pursuant to Section 2B of the Court's CM/ECF Administrative Procedures, further requests that the Court provide Notices of Electronic Filing to Mr. McDermott at the following e-mail address: mark.mcdermott@skadden.com.

5. A proposed order granting this motion is attached hereto as Exhibit B.

**WHEREFORE**, the undersigned moves this Court to enter an Order permitting Mark A. McDermott to appear before this Court on behalf of *amicus curiae* the Loan Syndications and Trading Association for all purposes relating to the proceedings in the above-

styled matter and directing the Clerk of Court to provide Notices of Electronic Filing to Mr. McDermott.

Dated: June 24, 2010

           Respectfully Submitted,
           Messana Stern, P.A.
           *Co-Counsel for Amicus Curiae*
           *Loan Syndications and Trading Association*
           401 East Las Olas Boulevard, Suite 1400
           Ft. Lauderdale, Florida 33301
           Telephone: (954) 712-7400
           Facsimile: (954) 712-7401

           _____
           Thomas M. Messana
           Florida Bar No. 991422

## CONSENT TO ACT AS LOCAL COUNSEL

I, Thomas M. Messana, an attorney qualified to practice in this court, consent to designation as local attorney for Mark A. McDermott and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served.

                                      Messana Stern, P.A.
                                      *Co-Counsel for Amicus Curiae*
                                      *Loan Syndications and Trading Association*
                                      401 East Las Olas Boulevard, Suite 1400
                                      Ft. Lauderdale, Florida 33301
                                      Telephone: (954) 712-7400
                                      Facsimile: (954) 712-7401

                                      */s/ Thomas M. Messana*
                                      Thomas M. Messana
                                      Florida Bar No. 991422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60019-CIV-JORDAN
(CASE NO. 10-60508-CIV-JORDAN)

CITICORP NORTH AMERICA, INC., et al.,

        Appellants,

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

        Appellees.
_____/

### CERTIFICATION OF MARK A. MCDERMOTT

Mark A. McDermott, pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida, and (2) I am a member in good standing of the Bar of the State of New York, and I am admitted to practice law in the United States District Court for the Southern District of New York, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, and the United States Courts of Appeals for the Fourth and Eighth Circuits and the State Courts of Iowa and Illinois .

                                                      Mark A. McDermott
                                                      SKADDEN, ARPS, SLATE,
                                                        MEAGHER & FLOM LLP
                                                     Four Times Square
                                                     New York, New York 10036
                                                     Tel.: (212) 735-3000
                                                     Fax: (212) 735-2000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that upon entry on the docket the foregoing *Motion for Mark A. McDermott to Appear Pro Hac Vice on Behalf Of Amicus Curiae Loan Syndications and Trading Association* was served on June 24, 2010 via electronic transmission on all CM/ECF registered users identified on the attached Service List.

                                            Messana Stern, P.A.
                                            *Co-Counsel for Amicus Curiae*
                                            *Loan Syndications and Trading Association*
                                            401 East Las Olas Boulevard, Suite 1400
                                            Ft. Lauderdale, Florida 33301
                                            Telephone: (954) 712-7400
                                            Facsimile: (954) 712-7401

                                            _____
                                            Thomas M. Messana
                                            Florida Bar No. 991422

## SERVICE LIST

**Counsel for the Official Committee of Unsecured Creditors:**
Lawrence S. Robbins
Donald Russell
Michael L. Waldman
ROBBINS RUSSELL ENGLERT ORSECK UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411
Washington, D.C. 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
lrobbins@robbinsrussell.com
drussell@robbinsrussell.com
mwaldman@robbinsrussell.com


Patricia A. Redmond
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, PA
Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
predmond@stearnsweaver.com

**Counsel for the Debtors:**

Daniel T. Donovan
Matthew E. Papez
Jeffrey S. Powell
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Suite 200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
ddonovan@kirkland.com
mpapez@kirkland.com
jpowell@kirkland.com


Paul Steven Singerman
BERGER SINGERMAN, P.A.
200 South Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: (305) 775-9500
Facsimile: (305) 714-4340
Singerman@bergersingerman.com

Richard M. Cieri
Paul M. Basta
M. Natasha Labovitz
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, N.Y. 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rcieri@kirkland.com
pbasta@kirkland.com
nlabovitz@kirkland.com

**Counsel for Wells Fargo Bank, N.A. and Second Lien Term Loan Lenders**
Evan D. Flaschen
Gregory W. Nye
Richard F. Whiteley
Heath A. Novosad
BRACEWELL & GIULIANI LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06013
Telephone: (860) 947-9000
Facsimile: (860) 246-3201
evan.flaschen@bgllp.com
gregory.nye@bgllp.com
Richard.whiteley@bgllp.com
heath.novosad@bgllp.com

Scott L. Baena
Matthew I. Kramer
Jeffrey Snyder
BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 350-7245
Facsimile: (305) 374-7593
sbaena@bilzin.com
mkramer@bilzin.com
jsnyder@bilzin.com

David M. Levine
Lawrence A. Kellogg
Robin J. Rubens
Jeffrey C. Schneider
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN, LLP
201 South Biscayne Blvd.
Miami Center – 34th Floor
Miami, FL 33131
Telephone: (305)-403-8788
Facsimile: (305) 403-8789
dml@LKLlaw.com
lak@LKLlaw.com
rjr@LKLlaw.com
jcs@LKLlaw.com

**Counsel for Senior Transeastern Lenders**
Dennis F. Dunne
Andrew M. LeBlanc
Andrew Beirne
Dennis C. O'Donnell
MILLBANK, TWEED, HADLEY & MCCLOY, LLP
1 Chase Manhattan Plaza
New York, N.Y. 10005
Telephone: (212) 530-5287
Facsimile: (212) 530-5210
ddunne@milbank.com
aleblanc@milbank.com
abierne@milbank.com
dodonnell@milbank.com

Michael I. Goldberg
AKERMAN SENTERFITT
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
michael.goldberg@akerman.com

Nancy A. Copperthwaite
AKERMAN SENTERFITT
1 S.E. 3rd Avenue, 25th Floor
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Nancy.Copperthwaite@akerman.com

Ceci Culpepper Berman
FOWLER WHITE BOGGS BANKER
501 E. Kenneth Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-1136
Facsimile: (813) 229-8313
cberman@fowlerwhite.com

Aaron D. VanOort
Melina K. Williams
Stephen M. Mertz
FAEGRE & BENSON, LLP
90 South Seventh Street, #2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
avanoort@faegre.com
mwilliams2@faegre.com
smertz@faegre.com

**Counsel for Appellants Monarch Master Funding, Ltd., and Trilogy Portfolio Company, LLC**
Stephen N. Zack
Jennifer Gertrude Altman
BOIES, SCHILLER & FLEXNER LLP
100 Southeast 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
szack@bsfllp.com
jaltman@bsfllp.com

**Counsel for Appellants Citicorp North America, Inc. and the First Lien Term Lenders**
Harley Edward Riedel
Richard Craig Prosser
Amy Denton Harris
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
hriedel@srbp.com
rprosser@srbp.com
aharris.ecf@srbp.com

Philip C. Korologis
Eric Brenner
BOIES, SCHILLER & FLEXNER, LLP
575 Lexington Avenue, 7th Floor
New York, N.Y. 10022
Telephone: (212) 446-2315
Facsimile: (212) 446-2350
pkorologos@bsfllp.com
ebrenner@bsfllp.com

Thomas J. Hall
Thomas J. McCormack
Seven Rivera
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
thall@chadbourne.com
tmccormack@chadbourne.com
srivera@chadbourne.com

9

|  |  |
|---|---|
|  | Allan E. Wulbern<br>Stephen D. Busey<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>Telephone: 904-359-7700<br>Facsimile: 904-359-7708<br>awulbern@smithhulsey.com<br>busey@smithhulsey.com<br><br>Joseph H. Smolinski<br>WEIL GOTSHAL<br>767 Fifth Avenue<br>New York, N.Y. 10153<br>Telephone: 212-310-8767<br>Facsimile: 212-310-8007<br>Joseph.smolinsky@weil.com |
| **United States Trustee**<br><br>Steven D. Schneiderman<br>Office of the U.S. Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL 33130<br>Telephone: (305) 536-7285<br>Facsimile: (305) 536-7360<br>Steven.d.schneiderman@usdoj.gov | **Amicus**<br>**Counsel for Commercial Finance Association**<br>Charles M. Tatelbaum<br>ADORNO & YOSS<br>350 E. Las Olas Boulevard<br>Suite 1700<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 766-7820<br>Facsimile: (866) 621-4198<br>ctatelbaum@adorno.com<br><br><br>James M. Cretella<br>Jonathan N. Helfat<br>Otterbourg Steindler Houston & Rosen PC<br>230 Park Avenue<br>29th Floor<br>New York, N.Y. 10169<br>Telephone: 212-661-9100<br>Facsimile: 212-682-6104<br>jcretella@oshr.com<br>jhelfat@oshr.com |

Nury Agudo
Richard M. Kohn
William C. Meyers
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60630
Telephone: 312-201-4000
Facsimile:   312-332-2196
nury.agudo@goldbergkohn.com
richard.kohn@goldbergkohn.com
william.meyers@goldbergkohn.com

**Amicus Curiae**
**Counsel for Loan Syndications and Trading Association**
George A. Zimmerman
Mark A. McDermott
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM, LLP
4 Times Square
New York, N. Y. 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
George.Zimmerman@skadden.com
Mark.McDermott@skadden.com

Elliot Ganz
LOAN SYNDICATIONS &
 TRADING ASSOCIATION
366 Madison Avenue
New York, N.Y. 10017
Telephone: (212) 880-3000
Facsimile:  (212) 880-3040
eganz@lsta.org

11

# EXHIBIT A

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, David Spokony, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MARK A. McDERMOTT

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 3, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 15, 2010

_____
Clerk of the Court

8948

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60019-CIV-JORDAN
(CASE NO. 10-60508-CIV-JORDAN)

CITICORP NORTH AMERICA, INC., et al.,

        Appellants,

vs.

OFFICIAL COMMITTEE OF UNSECURED

[redacted]

        Appellees.
_____/

**ORDER GRANTING MOTION FOR MARK A. MCDERMOTT TO
APPEAR *PRO HAC VICE* ON BEHALF OF *AMICUS CURIAE* LOAN
SYNDICATIONS AND TRADING ASSOCIATION**

THIS CAUSE came before the Court upon the Motion for Mark A. McDermott To Appear *Pro Hac Vice* On Behalf Of *Amicus Curiae* Loan Syndications and Trading Association (D.E. #_____) (the "Motion") in the above-styled case, pursuant to Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida. The Court being fully advised in the premises, it is:

ORDERED and ADJUDGED

provide electronic notification of all electronic filings to Mark A. McDermott at mark.mcdermott@skadden.com.

DONE and ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this _____ day of _____, 2010.

_____
HONORABLE ADALBERTO JORDAN
U.S. DISTRICT JUDGE

cc: Counsel of Record