UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60019-CIV-JORDAN
(CASE NO. 10-60508-CIV-JORDAN)

CITICORP NORTH AMERICA, INC., et al.,

      Appellants,

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

      Appellee.

_____/

## AMENDED ORDER GRANTING MOTION FOR GEORGE A. ZIMMERMAN TO APPEAR *PRO HAC VICE* ON BEHALF OF AMICUS CURIAE LOAN SYNDICATIONS AND TRADING ASSOCIATIONS

THIS CAUSE came before the Court upon the Motion for George A Zimmerman To Appear Pro Hac Vice On Behalf Of Amicus Curiae Loan Syndications and Trading Associations (D.E. #____) filed June 18, 2010 (the "Motion") in the above-styled case, pursuant to Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida. The Court being fully advised in the premises, it is:

ORDERED and ADJUDGED

1. The Motion is GRANTED.

2. George A. Zimmerman is granted permission to appear and participate in this action on behalf of Amicus Curiae Loan Syndications and Trading Associations. The Clerk shall

provide electronic notification of all electronic filings to George A. Zimmerman at george.zimmerman@skadden.com.

DONE and ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this 23rd day of June, 2010.

_____
HONORABLE ADALBERTO JORDAN
U.S. DISTRICT JUDGE

cc: Counsel of Record