UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-60019-CIV-JORDAN

| | |
|---|---|
| CITICORP NORTH AMERICA, et al. | ) |
| Appellants, | ) ) ) |
| vs. | ) ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, et al., and TOUSA, INC., et al. | ) ) ) ) ) |
| Appellees. | ) ) |
| _____ | ) |

**ORDER ON MOTIONS FOR ADMISSION PRO HAC VICE**

The motions for pro hac vice by Mr. Meyers [D.E. 78], Mr. Agudo [D.E. 79], Mr. Kohn [D.E. 80], Mr. Helfat [D.E. 82] and Mr. Cretella [D.E. 83] are GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 24th day of June, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record