UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-60019

CITICORP NORTH AMERICA, *et al.*

      Appellants,

vs.

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TOUSA,
*et al.*, and TOUSA, INC., *et al.*

      Appellees.
_____/

## NOTICE TO RECEIVE ELECTRONIC NOTIFICATION

Jonathan N. Helfat, appearing on behalf of Commercial Finance Association, *amicus curiae*, by and through undersigned counsel and pursuant to Section 2B, Southern District of Florida CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filing to Jonathan N. Helfat of the law firm of Otterbourg, Steindler, Houston & Rosen, P.C. Jonathan N. Helfat was admitted to appear in this action *pro hac vice* on behalf of Commercial Finance Association, *amicus curiae* by this Court on June 15, 2010, (DE # 84). Jonathan N. Helfat's email address is JHelfat@oshr.com.

Date: June 25, 2010

                                    /s/ Charles M. Tatelbaum
                                    Charles M. Tatelbaum
                                    Florida Bar No. 177540
                                    Ctatelbaum@adorno.com
                                    Adorno & Yoss LLP
                                    350 East Las Olas Blvd., 17th Floor
                                    Fort Lauderdale, FL 33301

(954) 766-7820
(866) 621-4198
Attorneys for Commercial Finance
Association, *amicus curiae*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2010, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Charles M. Tatelbaum

Case No.: 0:10-cv-60019

## SERVICE LIST

Jonathan N. Helfat
James M. Cretella
OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.
230 Park Avenue, 29th Floor
New York, New York  10169
(212) 661-9100

William C. Meyers
Nury Agudo
Richard M. Kohn
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

Charles M. Tatelbaum
Florida Bar No. 177540
Adorno & Yoss
350 E. Las Olas Blvd., 17th Floor
Fort Lauderdale, FL 33301
(954) 766-7820
(866) 621-4198

**Co- Counsel for Appellant Wells Fargo Bank, N.A. and the Second Lien Lenders:**

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Matthew I. Kramer
Jeffrey I. Snyder
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

Bracewell & Guiliani LLP
Evan D. Flaschen
Gregory W. Nye
Richard F. Whiteley
Goodwin Square

**Counsel to the Debtors:**

Richard M. Cieri
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
rcieri@kirkland.com

Matthew E. Papez
Kirkland & Ellis LLP
655 East 15th Street, N.W.
Washington, D.C. 20005
mpapez@kirkland.com

Paul Steven Singerman
Berger Singerman, P.A.

{230053.0001/N0835536_1}

225 Asylum Street, Suite 2600
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

200 Biscayne Boulevard
Suite 1000
Miami, FL 33131
singerman@bergersingerman.com

**Counsel to the Official Committee of Unsecured Creditors:**

Patricia A. Redmond
Stearns Weaver Miller Weissler Alhadeff Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
predmond@swmwas.com

Michael Waldman
Robbins Russell Englert Orseck Untereiner & Sauber LLP
1801 K Street, NW
Suite 411
Washington, DC 20015
mwaldman@robbinsrussell.com

**Counsel to Morgan Stanley Senior Funding, Inc.:**

Jordan W. Siev
Reed Smith LLP
559 Lexington Avenue
22nd Floor
New York, NY 10022
jsiev@reedsmith.com

**Counsel to the First Lien Lenders:**

Joseph H. Smolinsky
Thomas Hall
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10012
joseph.smolinsky@weil.com
thall@chadbourne.com

Amy D. Harris
Strichter, Riedel, Blain & Prosser, P.A.
110 E. Madison St., #200
Tampa, FL 33602
aharris.ecf@srbp.com

**Counsel to the Senior Transeastern Lenders:**

Andrew M. Leblanc
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
aleblanc@milbank.com

Michael I. Goldberg, Esq.
Akerman Senterfitt
Las Olas Centre 11, Suite 1600
3350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
michael.goldberg@akerman.com

**United States Trustee:**

Steven D. Schneiderman
Office of the U.S. Trustee
51 S.W. 1st Avenue,
Suite 1204
Miami, FL 33130
Telephone: (305) 536-7285
Facsimile: (305) 536-7360
steven.d.schneiderman@usdoj.gov