UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 10-cv-60019 (Jordan)
(No. 10-cv-60508 (Jordan))

CITICORP NORTH AMERICA, INC., et al.,

                        Appellants,

-against-

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

                        Appellees.

**FIRST LIEN LENDERS' REPLY TO MOTIONS TO SUBMIT AMICUS BRIEFS**

       Appellants Citicorp North America, Inc., Administrative Agent to the First Lien Term Loan, and certain First Lien Term Loan Lenders[1] (collectively, the "First Lien Lenders"),

---

[1] The First Lien Term Loan Lenders parties hereto are: Bank of America, N.A.; JPMorgan Chase Bank, N.A.; CFIP Master Fund, Ltd.; CGDO, LLC (as agent for Chilton Global Credit Opportunities Master Fund LP); Fidelity REOI Cayman Ltd.; Fidelity Fixed Income Trust; Fidelity Strategic Real Return Fund; The Foothill Group, Inc.; Goldman Sachs Credit Partners L.P.; Grand Central Asset Trust, Gaia Series; Grand Central Asset Trust, SIL Series; HBK Master Fund L.P.; Investment CBNA Loan Funding LLC; JP Morgan Whitefriars Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Monarch Master Funding Ltd.; Morgan Stanley Senior Funding, Inc.; Perry Principals, L.L.C.; Promethean I Master, Ltd.; Royal Bank of Canada; Taconic Capital Partners 1.5 L.P.; Taconic Opportunity Fund L.P.; Trilogy Portfolio Company, LLC; Van Kampen Dynamic Credit Opportunities Fund; Van Kampen Senior Income Trust; Van Kampen Senior Loan Fund; WCP Real Estate Strategies Fund, L.P., WCP Real Estate Strategies Fund (Cayman), L.P., Castlerigg Master Investments, Ltd., Helios Funding LLC, McDonnell Loan Opportunity Ltd., and SOF Investments, L.P.

respectfully submit this reply to the motions of Loan Syndications and Trading Association and Commercial Finance Association to submit amicus briefs. This reply is limited to the request of Appellee Official Committee of Unsecured Creditors, made in its opposing brief, for a two week extension -- from August 2 to August 16, 2010 -- of its time to file its response to the Appellants' (and Amici's) opening briefs. D.E. #86 p.3. The Debtor-Appellees have joined in this request. D.E. #94.

       The First Lien Lenders have no objection to the requested two week extension provided that: (i) the First Lien Lenders are granted a corresponding two week extension to file their reply brief -- from September 3 to September 17, 2010 -- so as to maintain their one month period to reply, (ii) oral argument will still be held on October 29, 2010 as previously scheduled in coordination with the related appeals[2], and (iii) the briefing schedules in the related appeals are adjusted in the same manner so as to keep all the related appeals on the same schedule.

---

[2]   The related appeals are the appeals of the Bankruptcy Court's judgment filed by the Senior Transeastern Lenders (10-cv-60017) and by the Second Lien Term Loan Lenders (10-cv-60018).

| | |
|---|---|
| **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.** | **BOIES, SCHILLER & FLEXNER LLP** |

By:   /s/ Amy Denton Harris
    Harley Edward Riedel (183628)
    Richard Craig Prosser (354831)
    Amy Denton Harris (0634506)
    110 East Madison Street, Suite 200
    Tampa, Florida 33602-4718
    Telephone: (813) 229-0144
    Facsimile:  (813) 229-1811

    -and-

**CHADBOURNE & PARKE LLP**
    Thomas J. Hall (admitted *pro hac vice*)
    Thomas J. McCormack (admitted *pro hac vice*)
    Seven Rivera (admitted *pro hac vice*)
    30 Rockefeller Plaza
    New York, New York 10112
    Telephone:  (212) 408-5100
    Facsimile:   (212) 541-5369

*Attorneys for Appellant Citicorp North America, Inc. and certain First Lien Term Lenders*

By:   /s/ Jennifer G. Altman
    Stephen N. Zack
    Jennifer G. Altman
    100 Southeast 2nd Street, Suite 2800
    Miami, Florida  33131
    Telephone:  (305) 539-8400
    Facsimile:  (305) 539-1307

    -and-

    Philip Korologos (admitted *pro hac vice*)
    Eric Brenner (admitted *pro hac vice*)
    Boies, Schiller & Flexner LLP
    575 Lexington Avenue, 7th Floor
    New York, New York  10022
    Telephone:  (212) 446-2315
    Facsimile:   (212) 446-2350

*Attorneys for Appellants Monarch Master Funding Ltd. and Trilogy Portfolio Company, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Reply to Motions to Submit Amicus Briefs* has been furnished on this 28th day of June, 2010 via the Court's CM/ECF system to CM/ECF registered users and via electronic mail to:

| **Counsel for the Official Committee of Unsecured Creditors:** | **Counsel for the Debtors TOUSA, Inc., *et al.*:** |
|---|---|
| Lawrence S. Robbins | Richard M. Cieri |
| Alan D. Strasser | Paul M. Basta |
| Michael L. Waldman | M. Natasha Labovitz |
| Eric J. Feigin | KIRKLAND & ELLIS LLP |
| Donald J. Russell | Citigroup Center |
| ROBBINS RUSSELL ENGLERT ORSECK UNTEREINER & SAUBER LLP | 153 E. 53rd Street |
| | New York, NY 10022 |
| 1801 K Street, NW, Suite 411 | Telephone: (212) 446-4800 |
| Washington, D.C. 20006 | Facsimile: (212) 446-4900 |
| Telephone: (202) 775-4500 | rcieri@kirkland.com |
| Facsimile: (202) 775-4510 | pbasta@kirkland.com |
| lrobbins@robbinsrussell.com | nlabovitz@kirkland.com |
| astrasser@robbinsrussell.com | |
| mwaldman@robbinsrussell.com | Daniel T. Donovan |
| efeigin@robbinsrussell.com | Matthew E. Papez |
| drussell@robbinsrussell.com | Jeffrey S. Powell |
| | Beth A. Williams |
| | KIRKLAND & ELLIS LLP |
| Patricia A. Redmond | 655 15th Street, N.W. |
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. | Washington, D.C. 20005 |
| | Telephone: (202) 879-5000 |
| | Facsimile: (202) 879-5200 |
| Museum Tower | ddonovan@kirkland.com |
| 150 West Flagler Street, Suite 2200 | mpapez@kirkland.com |
| Miami, FL 33130 | jpowell@kirkland.com |
| Telephone: (305) 789-3553 | beth.williams@kirkland.com |
| Facsimile: (305) 789-3395 | |
| predmond@swmwas.com | |

4

| **Counsel for Wells Fargo Bank, N.A. and Second Lien Lenders:** | **Counsel for the Debtors TOUSA, Inc., *et al.*:** |
|---|---|
| Evan D. Flaschen<br>Gregory W. Nye<br>Richard F. Whiteley<br>Heath A. Novosad<br>BRACEWELL & GIULIANI LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06013<br>Telephone:  (860) 947-9000<br>Facsimile:  (860) 246-3201<br>evan.flaschen@bgllp.com<br>gregory.nye@bgllp.com<br>Richard.whiteley@bgllp.com<br>heath.novosad@bgllp.com<br><br><br>Scott L. Baena<br>Matthew I. Kramer<br>Jeffrey Snyder<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL  33131<br>Telephone:  (305) 350-7245<br>Facsimile:  (305) 374-7593<br>sbaena@bilzin.com<br>mkramer@bilzin.com<br>jsnyder@bilzin.com | Paul Steven Singerman<br>Paul A. Avron<br>BERGER SINGERMAN, P.A.<br>200 South Biscayne Boulevard<br>Suite 1000<br>Miami, FL 33131<br>Telephone:  (305) 775-9500<br>singerman@bergersingerman.com<br>pavron@bergersingerman.com |

| **Counsel for** <br> **Senior Transeastern Lenders:** <br><br> Dennis F. Dunne <br> Andrew M. LeBlanc <br> Andrew Beirne <br> Dennis C. O'Donnell <br> MILBANK, TWEED, HADLEY & MCCLOY, LLP <br> 1 Chase Manhattan Plaza <br> New York, NY  10005 <br> Telephone:  (212) 530-5287 <br> Facsimile:  (212) 530-5219 <br> ddunne@milbank.com <br> aleblanc@milbank.com <br> abeirne@milbank.com <br> dodonnell@milbank.com <br><br> Michael I. Goldberg <br> AKERMAN SENTERFITT <br> Las Olas Centre II, Suite 1600 <br> 350 East Las Olas Boulevard <br> Fort Lauderdale, FL  33301-2229 <br> Telephone:  (954) 463-2700 <br> Facsimile:  (954) 463-2224 <br> michael.goldberg@akerman.com | **Counsel to Monarch Master Funding Ltd.** <br> **and Trilogy Portfolio Company, LLC:** <br><br> Jennifer Gertrude Altman <br> Stephen N. Zack <br> BOIES, SCHILLER & FLEXNER LLP <br> 100 Southeast 2nd Street, Suite 2800 <br> Miami, FL 33131 <br> Telephone:  (305) 539-8400 <br> Facsimile:  (305) 539-1307 <br> szack@bsfllp.com <br> jaltman@bsfllp.com <br><br> Philip C. Korologos <br> Eric Brenner <br> BOIES, SCHILLER & FLEXNER LLP <br> 575 Lexington Avenue, 7th Floor <br> New York, New York 10022 <br> Telephone:  (212) 446-2315 <br> Facsimile:  (212) 446-2350 <br> pkorologos@bsfllp.com <br> ebrenner@bsfllp.com |

| **Counsel for Amicus Curiae Loan Syndications & Trading Association:** | **Counsel for Amicus Curiae Commercial Finance Association:** |
|---|---|
| Thomas M. Messana<br>MESSANA STERN, P.A.<br>401 E. Las Olas Boulevard, Suite 1400<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 712-7400<br>Facsimile: (954) 712-7401<br>tmessana@mws-law.com<br><br>George A. Zimmerman<br>Mark A. McDermott<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>George.Zimmerman@skadden.com<br>Mark.McDermott@skadden.com<br><br>Elliot Ganz<br>LOAN SYNDICATIONS & TRADING ASSOCIATION<br>366 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 880-3000<br>Facsimile: (212) 880-3040<br>eganz@lsta.org | Charles M. Tatelbaum<br>ADORNO & YOSS<br>350 E Las Olas Boulevard<br>Suite 1700<br>Fort Lauderdale, FL 33301-4217<br>Telephone: (954) 766-7820<br>Facsimile: (866) 621-4198<br>ctatelbaum@adorno.com<br><br>James M. Cretella<br>Jonathan N. Helfat<br>OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>230 Park Avenue<br>29th Floor<br>New York, NY 10169<br>Telephone: (212) 661-9100<br>Facsimile: (212) 682-6104<br>jcretella@oshr.com<br>jhelfat@oshr.com<br><br>Nury Agudo<br>Richard M. Kohn<br>William C. Meyers<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60630<br>Telephone: (312) 201-4000<br>Facsimile:  (312) 332-2196<br>nury.agudo@goldbergkohn.com<br>richard.kohn@goldbergkohn.com<br>william.meyers@goldbergkohn.com |

| | |
|---|---|
| **United States Trustee:**<br><br>Steven D. Schneiderman<br>Office of the U.S. Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL  33130<br>Telephone:  (305) 536-7285<br>Facsimile:  (305) 536-7360<br>Steven.D.Schneiderman@usdoj.gov | |
| | */s/ Amy Denton Harris*<br> Amy Denton Harris |