UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-60019-CIV-JORDAN

| | |
|---|---|
| CITICORP NORTH AMERICA, et al. | ) |
| Appellants, | ) ) |
| vs. | ) ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, et al., and TOUSA, INC., et al. | ) ) ) ) ) |
| Appellees. | ) |
| _____ | ) |

**ORDER RESETTING JOINT ORAL ARGUMENT HEARING**

The joint oral argument set for October 29, 2010 at 9:00 a.m. has been rescheduled to Friday, October 22, 2010 at 9:00 a.m. before the undersigned at the Wilkie D. Ferguson United States Courthouse, Courtroom 11-1, 400 N. Miami Avenue, Miami, Florida, 33128. The court has set aside two hours for the hearing.

DONE and ORDERED in chambers in Miami, Florida, this 13th day of July, 2010.

*/s/ Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record