UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10–cv–60019 (Jordan)

CITICORP NORTH AMERICA, INC., *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSE, INC., *et al.*, ,

    Appellee.

_____/

**NOTICE OF WITHDRAWAL OF ERIC J. FEIGIN AS COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

    The Official Committee of Unsecured Creditors hereby gives notice that Eric J. Feigin, who was admitted *pro hac vice* in this matter (see D.E. 52), is withdrawing as counsel for the Committee, due to the impending conclusion of his employment at Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP.  The other attorneys from Robbins Russell and Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. who have appeared in this case will continue to represent the Committee.

July 23, 2010

                              Respectfully submitted,

                              By:     /s/ *Patricia A. Redmond*
                                     Patricia A. Redmond (Fla. Bar No. 303739)
                                     predmond@stearnsweaver.com
                                     STEARNS WEAVER MILLER WEISSLER
                                     ALHADEFF & SITTERSON, P.A.
                                     150 West Flagler Street, Suite 220
                                     Miami, FL 33130
                                     Telephone: (305) 789-3553
                                     Facsimile: (305) 789-3395
                                     predmond@stearnsweaver.com

                                     *Counsel for the Official Committee of*
                                     *Unsecured Creditors of TOUSA, Inc., et al.*

                                      /s/ *Eric J. Feigin*
                                     Eric J. Feigin       *pro hac vice*
                                     ROBBINS, RUSSELL, ENGLERT, ORSECK,
                                     UNTEREINER & SAUBER LLP
                                     1801 K Street N.W., Suite 411-L
                                     Washington, DC 20006
                                     Telephone: (202) 775-4500
                                     Facsimile: (202) 775-4510
                                     efeigin@robbinsrussell.com


## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 23, 2010, I caused the foregoing Notice to be filed electronically with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record and parties authorized to receive transmission of Notices of Electronic Filing generated by CM/ECF and by email to the parties on the attached Service List.

                                                          By:    /s/ Patricia A. Redmond
                                                                Patricia A. Redmond

**OCUC of TOUSA, Inc., et al. v. Citicorp North America, Inc., et al.**
**Appeals 10-60017, 10-60018, 10-60019 (10-60508)**
**SERVICE LIST**

| | |
|---|---|
| Paul Steven Singerman | singerman@bergersingerman.com |
| Paul Avron | pavron@bergersingerman.com |
| **BERGER SINGERMAN P.A.,** *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 1000 | Telephone: 305.775.9500 |
| Miami, FL   33131 | Facsimile: 305.714.4340 |
| – and – | |
| Paul M. Basta | pbasta@kirkland.com |
| M. Natasha Labovitz | nlabovitz@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 153 East 53 Street | Telephone:  212.446.4800 |
| New York, NY   10022 | Facsimile:  212.446.4900 |
| – and – | |
| Beth Williams | Beth.Williams@kirkland.com |
| Daniel T. Donovan | ddonovan@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 655 15 Street, NW | Telephone:  202.879.5000 |
| Washington DC   20005 | Facsimile:  202.879.5200 |

*Counsel for TOUSA, Inc., et al.,* **Debtors**
- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Patricia A. Redmond | predmond@swmwas.com |
| David C. Pollack | dpollack@swmwas.com |
| **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**, *Local Counsel* | |
| 150 W. Flagler Street, Suite 2200 | Telephone: 305.789.3200 |
| Miami, FL   33130 | Facsimile: 305.789.3395 |
| – and – | |
| Lawrence S. Robbins | lrobbins@robbinsrussell.com |
| Donald J. Russell | drussell@robbinsrussell.com |
| Alan D. Strasser | astrasser@robbinsrussell.com |
| Michael L. Waldman, | mwaldman@robbinsrussell.com |
| Eric J. Feigin | efeigin@robbinsrussell.com |
| **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**, | |
| 1801 K Street, Suite 411-L | Telephone: 202-775-4500 |
| Washington, DC 20006 | Facsimile: 202.775.4510 |

*Fraudulent Conveyance Adversary Proceeding Special Counsel*
*Counsel for Official Committee of Unsecured Creditors of TOUSA, Inc., et al,* **Plaintiff / Appellee**
- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Allan E Wulbern | awulbern@smithhulsey.com |
| Stephen D. Busey | busey@smithhulsey.com |
| **SMITH HULSEY & BUSEY** | |
| 225 Water Street, Suite 1800 | Telephone:  904.359.7700 |
| Jacksonville, FL   32202 | Facsimile:  904.359.7708 |

– and –

| | |
|---|---|
| Amy D. Harris | aharris.ecf@srbp.com |
| Richard Craig Prosser | rprosser@srbp.com |
| **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.** | |
| 110 East Madison Street, Suite 200 | Telephone:  813.229.0144 |
| Tampa, FL  33602-4718 | Facsimile:  813.229.1811 |

– and –

| | |
|---|---|
| Joseph H. Smolinsky | joseph.smolinsky@weil.com |
| **WEIL GOTSHAL** | |
| 767 Fifth Avenue | Telephone:  212.310.8767 |
| New York, NY 10153 | Facsimile:  212.310.8007 |

– and –

| | |
|---|---|
| Thomas J. Hall | thall@chadbourne.com |
| Seven R. Rivera | srivera@chadbourne.com |
| Thomas J. McCormack | tmccormack@chadbourne.com |
| **CHADBOURNE & PARKE LLP** | |
| 30 Rockefeller Plaza | Telephone:  212.408.5100 |
| New York, NY   10112 | Facsimile:  212.541.5369 |

*Counsel for Citicorp North America, Inc., in its capacity as Administrative Agent for the First Lien Revolver and First Lien Term Loan Credit Agreement*, **Defendant / Appellant**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Scott L. Baena | sbaena@bilzin.com |
| Jeffrey I Snyder | jsnyder@bilzin.com |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**, *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 2500 | Telephone:  305.374.7580 |
| Miami, FL   33131 | Facsimile:  305.374.7593 |

*Co-Counsel to Wells Fargo, as Successor Administrative Agent under that Certain  Second Lien Term Loan Credit Agreement, and an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Evan D. Flaschen | evan.flaschen@bgllp.com |
| Gregory W. Nye | gregory.nye@bgllp.com |
| Richard Whiteley | richard.whiteley@bgllp.com |
| Daynor M. Carman | daynor.carman@bgllp.com |

**BRACEWELL & GIULIANI LLP**
225 Asylum Street, Suite 2600          Telephone:  860.947.9000
Hartford, CT   06013                         Facsimile:  860.246.3201
– and –

| | |
|---|---|
| David M. Levine | dml@LKLlaw.com |
| Lawrence A. Kellogg | lak@LKLlaw.com |
| Robin J. Rubens | rjr@LKLlaw.com |
| Jeffrey C. Schneider | jcs@LKLlaw.com |

**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
201 South Biscayne Blvd.
Miami Center – 34th Floor                Telephone:  305.403.8788
Miami, FL   33131                            Facsimile:  305.403.8789

*Local Counsel to several members of an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| John H. Genovese | jgenovese@gjb-law.com |
| Paul J. Batista | pbattista@gjb-law.com |

**GENOVESE JOBLOVE & BATTISTA, P.A.**, *Local Counsel*
100 SE 2 Street, 44 Floor                  Telephone:  305.349.2300
Miami, FL   33131                            Facsimile:  305.349.2310
– and –

| | |
|---|---|
| David S. Rosner | drosner@kasowitz.com |
| Andrew K. Glenn | aglenn@kasowitz.com |

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway                                 Telephone:  212.506.1700
New York, NY   10019

*Counsel to Aurelius Named-Entities, GSO Named-Entities, and Carlyle Strategic Partners (collectively, the "Noteholders")*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

Ceci Culpepper Berman                                cberman@fowlerwhite.com
**FOWLER WHITE BOGGS BANKER**
501 E. Kenneth Blvd., Suite 1700       Telephone:  813.222.1136
Tampa, FL   33602                            Facsimile:  813.229.8313
– and –

| | |
|---|---|
| Aaron D. VanOort | avanoort@faegre.com |
| Melina K. Williams | mwilliams2@faegre.com |
| Stephen M. Mertz | smertz@faegre.com |

**FAEGRE & BENSON LLP**
90 South Seventh Street, #2200    Telephone:  612.766-7000
Minneapolis, MN  55402    Facsimile:
– and –

Nancy A. Copperthwaite    Nancy.Coppeerthwaite@akerman.com
**AKERMAN SENTERFITT**, *Local Counsel*
1 SE 3rd Avenue, 25th Floor    Telephone:  305.374.5600
Miami, FL   33131    Facsimile:  305.374.5095
– and –

Michael I. Goldberg    michael.goldberg@akerman.com
**AKERMAN SENTERFITT**, *Local Counsel*
350 East Las Olas Blvd., Suite 1600    Telephone:  954.463.2700
Fort Lauderdale, FL   33301-2229    Facsimile:  954.463.2224
– and –

| | |
|---|---|
| Andrew M. LeBlanc | aleblanc@milbank.com |
| Andrew Beirne | abeirne@milbank.com |
| Atara Miller | amiller@milbank.com |
| Alan J. Stone | astone@milbank.com |

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza    Telephone:  212.530.5287
New York, NY   10005    Facsimile:  212.530.5219  or 212.822.5057

*Counsel for the "Senior Transeastern Lenders,"* **Defendants**
- - - - - - - - - - - - - - - - - - - - - - - -

Ileana A. Cruz    icruz@whitecase.com
**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900    Telephone:  305.371.2700
Miami, FL   33131    Facsimile:  305.995.5289
– and –

Meghan McCurdy    mmccurdy@whitecase.com
David G. Hille    dhille@whitecase.com
**WHITE & CASE LLP**
1155 Avenue of the Americas    Telephone:  212.819.8200
New York, NY   10036    Facsimile:  212.354.8113

*Counsel for Deutsche Bank Trust Company Americas, Highland Named-Entities, Jasper CLO Ltd.,
Loan Funding VII LLC, Quadrangle Master Funding Ltd.*
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jennifer Gertrude Altman | jaltman@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 100 SE 2nd Street, #2800 | Telephone:  305.539.8400 |
| New York, NY   10036 | Facsimile:  305.539.1307 |
| – and – | |
| Eric J. Brenner | ebrenner@bsfllp.com |
| Philip C. Korologos | pkorologos@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 575 Lexington Avenue, 7th Floor | Telephone:  212.446.2315 |
| New York, NY   10036 | Facsimile:  212.446.2350 |

*Counsel for Monarch Master Funding Ltd., Trilogy Portfolio Company, LLC*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jonathan N. Helfat | jhelfat@oshr.com |
| James M. Cretella | jcretella@oshr.com |
| **OTTENBOURG, STEINDLER, HOUSTON & ROSEN, P.C.** | |
| 230 Park Avenue, 29th Floor | Telephone:  212.661.9100 |
| New York, NY   10169 | Facsimile:  212.682.6104 |
| – and – | |
| William C. Meyers | william.meyers@goldbergkohn.com |
| Nury Agudo | nury.agudo@goldbergkohn.com |
| Richard M. Kohn | richard.kohn@goldbergkohn.com |
| **GOLDBERG KOHN** | |
| 55 East Monroe Street, Suite 3300 | Telephone:  312.201.4000 |
| Chicago, IL   60603 | Facsimile:  312.332.2196 |
| – and – | |
| Charles M. Tatelbaum | ctatelbaum@adorno.com |
| **ADORNO & YOSS** | |
| 350 E. Las Olas Boulevard, Suite 1700 | Telephone:  954.766.7820 |
| Fort Lauderdale, FL   33301 | Facsimile:  866.621.4198 |

*Counsel for Amicus Curiae Commercial Finance Association*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| George A. Zimmerman | george.zimmerman@skadden.com |
| Mark A. McDermott | mark.mcdermott@skadden.com |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP** | |
| 4 Times Square | Telephone:  212.735.3000 |
| New York, NY   10036 | Facsimile:  212.735.2000 |
| – and – | |
| Elliot Ganz | eganz@lsta.org |
| **LOAN SYNDICATIONS & TRADING ASSOCIATION** | |
| 366 Madison Avenue | Telephone:  212.880-3000 |
| New York, NY   10017 | Facsimile:  212.880.3040 |
| – and – | |

| | |
|---|---|
| Thomas M. Messana | tmessana@mws-law.com |
| **MESSANA STERN, P.A.** | |
| 401 East Law Olas Blvd., Suite 1400 | Telephone:  954.712.7400 |
| Fort Lauderdale, FL   33301 | Facsimile:  954.712.7401 |

*Counsel for Amicus Curiae Loan Syndications and Trading Association*

- - - - - - - - - - - - - - - - - - - - - - - -