UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:10-cv-60019 CIV-JORDAN

In re:
TOUSA, INC., *et. al.*,

        Debtors.

_____

CITICORP NORTH AMERICA, INC., *et al.*,

        Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, *et al.*,

        Appellees.

**REPLY IN SUPPORT OF MOTION BY COMMERCIAL
FINANCE ASSOCIATION FOR LEAVE TO APPEAR AS *AMICUS
CURIAE* IN SUPPORT OF FIRST LIEN APPELLANTS AND
FOR REVERSAL OF BANKRUPTCY COURT'S DECISION**

    The Commercial Finance Association (the "CFA") respectfully submits this reply in support of the Motion by Commercial Finance Association for Leave to Appear as *Amicus Curiae* in Support of First Lien Appellants and for Reversal of Bankruptcy Court's Decision (D.E. 76) ("CFA's Motion"), and in response to the Response of the Official Committee of Unsecured Creditors to the Motions of the Loan Syndications and Trading Association and Commercial Finance Association to Appear as *Amicus Curiae*, (D.E. 86) (the "Committee's Response").

    The Committee's Response opposes both the CFA's Motion as well as the Loan Syndications and Trading Association's ("LSTA") motion for leave to appear as *amicus curiae*

(D.E. 75). The CFA adopts, in full, the arguments made by the LSTA in its reply to the Committee's Response.

Like the LSTA, the CFA raises in its proposed *amicus* brief an issue not addressed by the appellants but of great importance to the CFA's over 260 members. Namely, the validity of fraudulent transfer savings clauses. As CFA members extend credit in reliance upon the enforceability of such savings clauses, the CFA has a strong interest in the outcome of this appeal. Moreover, while a small number of the CFA's members are parties to this appeal, the overwhelming majority of the CFA's members are non-party lenders. As the CFA's proposed *amicus* brief therefore presents the views of the commercial finance industry as a whole, not just the lenders who have pecuniary interests in this appeal, the CFA should be permitted to participate in this appeal. *See* Reply of Loan Syndications and Trading Association in Further Support of its Motion for Leave to Appear as *Amicus Curiae* Supporting Reversal of Bankruptcy Court's Decision, (D.E. 107) ("LSTA's Reply"), at 3-4.

## Conclusion

For all of the foregoing reasons, as well as those stated in the CFA's Motion, and in the LSTA's Reply, the CFA respectfully requests that this Court grant its motion to appear as *amicus curiae*, accept its brief attached to the CFA's Motion, and allow the CFA to participate at oral argument of this appeal.

Dated: July 29, 2010

                                        COMMERCIAL FINANCE ASSOCIATION

                                        By /s/ Charles M. Tatelbaum

Charles M. Tatelbaum (FL Bar No. 177540)
Adorno & Yoss LLP
350 East Las Olas Blvd.
Suite 1700
Ft. Lauderdale, FL 33301
(954) 766-7820
(866) 621-4198 (facsimile)

-- and --

Richard M. Kohn (admitted *pro hac vice*)
(IL Bar No. 1501070)
William C. Meyers (admitted *pro hac vice*)
(IL Bar No. 6195666)
Nury R. Agudo (admitted *pro hac vice*)
(IL Bar No. 6298956)
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000
(312) 332-2196 (facsimile)

-- and --

Jonathan N. Helfat (admitted *pro hac vice*)
(NY Bar No. JH (9484))
James M. Cretella (admitted *pro hac vice*)
(NY Bar No. JC (6978))
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169
(212) 661-9100
(212) 682-6104 (facsimile)

Co-Counsel for *Amicus Curiae* Commercial Finance Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Reply in Support of Motion by Commercial Finance Association for Leave to Appear as *Amicus Curiae* in Support of First Lien Appellants and For Reversal of Bankruptcy Court's Decision** has been served electronically through the Court's EM/ECF system on all parties requesting electronic service on this 29th day of July, 2010.

/s/ Charles M. Tatelbaum