UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10–cv–60019 (Jordan)
(No. 10-60508-civ-Jordan)

CITICORP NORTH AMERICA, INC., *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

    Appellees.

_____/

## ~~PROPOSED~~ ORDER

THIS CAUSE came before the Court on the (1) Motion For Leave To Appear As *Amicus Curiae* Supporting Reversal Of Bankruptcy Court's Decision, filed by the Loan Syndications and Trading Association ("LSTA") (App. D.E. 75), and the (2) Motion For Leave To Appear As *Amicus Curiae* In Support Of First Lien Appellants And For Reversal Of Bankruptcy Court's Decision, filed by the Commercial Finance Association ("CFA") (App. D.E. 76). LSTA and CFA each seek leave to file a brief as *amicus curiae* and to participate at oral argument of this appeal. The Court has considered the motions and responses, and being fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

The requests of LSTA and CFA each to file a brief as *amicus curiae* are GRANTED.

The requests of LSTA and CFA to participate at oral argument are DENIED, at this time. If, after reading the briefs, I believe that amici should participate in oral argument, I will issue an order to that effect.

The deadline for appellees to file responsive briefs is extended to August 16, 2010. The deadline for appellants to file reply briefs is extended to September 17, 2010.

DONE AND ORDERED in Chambers in Miami, Florida, this 2nd day of August, 2010.

_____
Hon. Adalberto Jordan
United States District Judge

cc: Counsel of Record