UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10–cv–60019 (Jordan)

CITICORP NORTH AMERICA, INC., *et al.*,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*, ,

    Appellees.
_____/

## NOTICE OF RELEVANT ORDER AND STIPULATION
## AS TO BRIEFING SCHEDULE

Plaintiff-Appellee, the Official Committee of Unsecured Creditors Of TOUSA, Inc. *et al*., files this notice to advise the Court of an order issued by Judge Gold concerning the briefing schedule in the related appeals in No. 10-60017-CIV-GOLD and No. 10-60018-CIV-GOLD, and a Stipulation As To Briefing Schedule submitted by the parties in those cases. Judge Gold's order (D.E. 109 in No. 10-60017-CIV-GOLD) directed the parties to submit a stipulated briefing schedule on or before August 4, 2010. The parties submitted a stipulated briefing schedule on August 3, 2010 (D.E. 112). Pursuant to that stipulated schedule, the Committee's brief in both cases was submitted on August 2, 2010. The First Lien Lenders submitted a brief as Intervenors in No. 10-60017-CIV-GOLD on August 4, 2010. The stipulated briefing schedule requires the Second Lien Lender Appellants to submit their reply brief in No. 10-60018-CIV-GOLD by September 3, 2010, and requires the Transeastern Lender Appellants to submit their reply brief and response to Intervenors' brief in No. 10-60017-CIV-GOLD by September 8, 2010.

DATED:  August 13, 2010.

Respectfully submitted,

By:      /s/ *Patricia A. Redmond*
Patricia A. Redmond (Fla. Bar No. 303739)
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street, Suite 220
Miami, FL 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
predmond@stearnsweaver.com

Lawrence S. Robbins    *pro hac vice*
Alan D. Strasser           *pro hac vice*
Michael L. Waldman    *pro hac vice*
Eric J. Feigin              *pro hac vice*
**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
lrobbins@robbinsrussell.com
astrasser@robbinsrussell.com
mwaldman@robbinsrussell.com
efeigin@robbinsrussell.com

*Counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.,*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2010, a true and correct copy of the foregoing document is being served electronically via e-mail or via the Court's CM-ECF Program to each person named on the attached Service List.

By:      /s/  *Patricia A. Redmond*
Patricia A. Redmond (Fla. Bar No. 303739)

#432996 v1

**OCUC of TOUSA, Inc., et al. v. Citicorp North America, Inc., et al.**
**Appeals 10-60017, 10-60018, 10-60019 (10-60508)**
**SERVICE LIST**

| | |
|---|---|
| Paul Steven Singerman | singerman@bergersingerman.com |
| Paul Avron | pavron@bergersingerman.com |
| **BERGER SINGERMAN P.A.,** *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 1000 | Telephone: 305.775.9500 |
| Miami, FL  33131 | Facsimile: 305.714.4340 |
| – and – | |
| Paul M. Basta | pbasta@kirkland.com |
| M. Natasha Labovitz | nlabovitz@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 153 East 53 Street | Telephone:  212.446.4800 |
| New York, NY  10022 | Facsimile:  212.446.4900 |
| – and – | |
| Beth Williams | Beth.Williams@kirkland.com |
| Daniel T. Donovan | ddonovan@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 655 15 Street, NW | Telephone:  202.879.5000 |
| Washington DC  20005 | Facsimile:  202.879.5200 |

*Counsel for TOUSA, Inc., et al.,* **Debtors**

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Patricia A. Redmond | predmond@swmwas.com |
| David C. Pollack | dpollack@swmwas.com |
| **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**, *Local Counsel* | |
| 150 W. Flagler Street, Suite 2200 | Telephone: 305.789.3200 |
| Miami, FL  33130 | Facsimile: 305.789.3395 |
| – and – | |
| Lawrence S. Robbins | lrobbins@robbinsrussell.com |
| Donald J. Russell | drussell@robbinsrussell.com |
| Alan D. Strasser | astrasser@robbinsrussell.com |
| Michael L. Waldman, | mwaldman@robbinsrussell.com |
| Eric J. Feigin | efeigin@robbinsrussell.com |
| **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**, | |
| 1801 K Street, Suite 411-L | Telephone: 202-775-4500 |
| Washington, DC 20006 | Facsimile: 202.775.4510 |

*Fraudulent Conveyance Adversary Proceeding Special Counsel*
*Counsel for Official Committee of Unsecured Creditors of TOUSA, Inc., et al,* **Plaintiff / Appellee**

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Allan E Wulbern | awulbern@smithhulsey.com |
| Stephen D. Busey | busey@smithhulsey.com |
| **SMITH HULSEY & BUSEY** | |
| 225 Water Street, Suite 1800 | Telephone:  904.359.7700 |
| Jacksonville, FL   32202 | Facsimile:  904.359.7708 |
| – and – | |
| Amy D. Harris | aharris.ecf@srbp.com |
| Richard Craig Prosser | rprosser@srbp.com |
| **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.** | |
| 110 East Madison Street, Suite 200 | Telephone:  813.229.0144 |
| Tampa, FL  33602-4718 | Facsimile:  813.229.1811 |
| – and – | |
| Joseph H. Smolinsky | joseph.smolinsky@weil.com |
| **WEIL GOTSHAL** | |
| 767 Fifth Avenue | Telephone:  212.310.8767 |
| New York, NY 10153 | Facsimile:  212.310.8007 |
| – and – | |
| Thomas J. Hall | thall@chadbourne.com |
| Seven R. Rivera | srivera@chadbourne.com |
| Thomas J. McCormack | tmccormack@chadbourne.com |
| **CHADBOURNE & PARKE LLP** | |
| 30 Rockefeller Plaza | Telephone:  212.408.5100 |
| New York, NY   10112 | Facsimile:  212.541.5369 |

*Counsel for Citicorp North America, Inc., in its capacity as Administrative Agent for the First Lien Revolver and First Lien Term Loan Credit Agreement*, **Defendant / Appellant**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Scott L. Baena | sbaena@bilzin.com |
| Jeffrey I Snyder | jsnyder@bilzin.com |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**, *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 2500 | Telephone:  305.374.7580 |
| Miami, FL   33131 | Facsimile:  305.374.7593 |

*Co-Counsel to Wells Fargo, as Successor Administrative Agent under that Certain  Second Lien Term Loan Credit Agreement, and an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Evan D. Flaschen | evan.flaschen@bgllp.com |
| Gregory W. Nye | gregory.nye@bgllp.com |
| Richard Whiteley | richard.whiteley@bgllp.com |
| Daynor M. Carman | daynor.carman@bgllp.com |

**BRACEWELL & GIULIANI LLP**
225 Asylum Street, Suite 2600          Telephone:  860.947.9000
Hartford, CT   06013                   Facsimile:  860.246.3201
– and –

| | |
|---|---|
| David M. Levine | dml@LKLlaw.com |
| Lawrence A. Kellogg | lak@LKLlaw.com |
| Robin J. Rubens | rjr@LKLlaw.com |
| Jeffrey C. Schneider | jcs@LKLlaw.com |

**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
201 South Biscayne Blvd.
Miami Center – 34th Floor          Telephone:  305.403.8788
Miami, FL   33131                      Facsimile:  305.403.8789

*Local Counsel to several members of an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**
- - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| John H. Genovese | jgenovese@gjb-law.com |
| Paul J. Batista | pbattista@gjb-law.com |

**GENOVESE JOBLOVE & BATTISTA, P.A.** , *Local Counsel*
100 SE 2 Street, 44 Floor              Telephone:  305.349.2300
Miami, FL   33131                      Facsimile:  305.349.2310
– and –

| | |
|---|---|
| David S. Rosner | drosner@kasowitz.com |
| Andrew K. Glenn | aglenn@kasowitz.com |

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway                          Telephone:  212.506.1700
New York, NY   10019

*Counsel to Aurelius Named-Entities, GSO Named-Entities, and Carlyle Strategic Partners (collectively, the "Noteholders"),* **Defendants / Appellants**
- - - - - - - - - - - - - - - - - - - - - - -

Ceci Culpepper Berman                  cberman@fowlerwhite.com
**FOWLER WHITE BOGGS BANKER**
501 E. Kenneth Blvd., Suite 1700       Telephone:  813.222.1136
Tampa, FL   33602                      Facsimile:  813.229.8313
– and –

| | |
|---|---|
| Aaron D. VanOort | avanoort@faegre.com |
| Melina K. Williams | mwilliams2@faegre.com |
| Stephen M. Mertz | smertz@faegre.com |
| **FAEGRE & BENSON LLP** | |
| 90 South Seventh Street, #2200 | Telephone:  612.766-7000 |
| Minneapolis, MN  55402 | Facsimile: |
| – and – | |
| Nancy A. Copperthwaite | Nancy.Coppeerthwaite@akerman.com |
| **AKERMAN SENTERFITT**, *Local Counsel* | |
| 1 SE 3rd Avenue, 25th Floor | Telephone:  305.374.5600 |
| Miami, FL   33131 | Facsimile:  305.374.5095 |
| – and – | |
| Michael I. Goldberg | michael.goldberg@akerman.com |
| **AKERMAN SENTERFITT**, *Local Counsel* | |
| 350 East Las Olas Blvd., Suite 1600 | Telephone:  954.463.2700 |
| Fort Lauderdale, FL   33301-2229 | Facsimile:  954.463.2224 |
| – and – | |
| Andrew M. LeBlanc | aleblanc@milbank.com |
| Andrew Beirne | abeirne@milbank.com |
| Atara Miller | amiller@milbank.com |
| Alan J. Stone | astone@milbank.com |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | |
| 1 Chase Manhattan Plaza | Telephone:  212.530.5287 |
| New York, NY   10005 | Facsimile:  212.530.5219  or 212.822.5057 |

*Counsel for the "Senior Transeastern Lenders,"* **Defendants**

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **WHITE & CASE LLP** | |
| 200 S. Biscayne Blvd., Suite 4900 | Telephone:  305.371.2700 |
| Miami, FL   33131 | Facsimile:  305.995.5289 |
| – and – | |
| Meghan McCurdy | mmccurdy@whitecase.com |
| David G. Hille | dhille@whitecase.com |
| **WHITE & CASE LLP** | |
| 1155 Avenue of the Americas | Telephone:  212.819.8200 |
| New York, NY   10036 | Facsimile:  212.354.8113 |

*Counsel for Deutsche Bank Trust Company Americas, Highland Named-Entities, Jasper CLO Ltd., Loan Funding VII LLC, Quadrangle Master Funding Ltd.*

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jennifer Gertrude Altman | jaltman@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 100 SE 2nd Street, #2800 | Telephone:  305.539.8400 |
| New York, NY   10036 | Facsimile:  305.539.1307 |
| – and – | |
| Eric J. Brenner | ebrenner@bsfllp.com |
| Philip C. Korologos | pkorologos@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 575 Lexington Avenue, 7th Floor | Telephone:  212.446.2315 |
| New York, NY   10036 | Facsimile:  212.446.2350 |

*Counsel for Monarch Master Funding Ltd., Trilogy Portfolio Company, LLC*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jonathan N. Helfat | jhelfat@oshr.com |
| James M. Cretella | jcretella@oshr.com |
| **OTTENBOURG, STEINDLER, HOUSTON & ROSEN, P.C.** | |
| 230 Park Avenue, 29th Floor | Telephone:  212.661.9100 |
| New York, NY   10169 | Facsimile:  212.682.6104 |
| – and – | |
| William C. Meyers | william.meyers@goldbergkohn.com |
| Nury Agudo | nury.agudo@goldbergkohn.com |
| Richard M. Kohn | richard.kohn@goldbergkohn.com |
| **GOLDBERG KOHN** | |
| 55 East Monroe Street, Suite 3300 | Telephone:  312.201.4000 |
| Chicago, IL   60603 | Facsimile:  312.332.2196 |
| – and – | |
| Charles M. Tatelbaum | ctatelbaum@adorno.com |
| **ADORNO & YOSS** | |
| 350 E. Las Olas Boulevard, Suite 1700 | Telephone:  954.766.7820 |
| Fort Lauderdale, FL   33301 | Facsimile:  866.621.4198 |

*Counsel for Amicus Curiae Commercial Finance Association*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| George A. Zimmerman | george.zimmerman@skadden.com |
| Mark A. McDermott | mark.mcdermott@skadden.com |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP** | |
| 4 Times Square | Telephone:  212.735.3000 |
| New York, NY   10036 | Facsimile:  212.735.2000 |
| – and – | |
| Elliot Ganz | eganz@lsta.org |
| **LOAN SYNDICATIONS & TRADING ASSOCIATION** | |
| 366 Madison Avenue | Telephone:  212.880-3000 |
| New York, NY   10017 | Facsimile:  212.880.3040 |
| – and – | |

| | |
|---|---|
| Thomas M. Messana | tmessana@mws-law.com |
| **MESSANA STERN, P.A.** | |
| 401 East Law Olas Blvd., Suite 1400 | Telephone:  954.712.7400 |
| Fort Lauderdale, FL   33301 | Facsimile:  954.712.7401 |

*Counsel for Amicus Curiae Loan Syndications and Trading Association*

- - - - - - - - - - - - - - - - - - - - - - - -