IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60019-CIV-JORDAN
Case No. 10-60508-CIV-JORDAN

| | |
|---|---|
| IN RE:<br>TOUSA, INC., et al.<br><br>    Debtors.<br>_____<br><br>CITICORP NORTH AMERICA, INC., et al.,<br><br>    Appellants,<br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TOUSA, INC., et al.,<br><br>    Appellee,<br><br>and<br><br>TOUSA, INC., et al.,<br><br>    Appellees.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER CONCERNING ORAL ARGUMENT

The parties should be prepared to present argument as indicated in the attached order from Judge Gold in the cases before him.

DONE and ORDERED in chambers in Miami, Florida, this 20th day of October, 2010.

_____
Adalberto Jordan
United States District Judge

cc:    Magistrate Judge McAliley
        All counsel of record.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60017-CIV GOLD
CASE NO.:10-60018-CIV GOLD

In re TOUSA, Inc., et al.,
    Debtors.
_____

3V CAPITAL MASTER FUND LTD., et. al.

    Appellants,
v.

OFFICIAL CREDITORS COMMITTEE OF
UNSECURED CREDITORS OF TOUSA,
INC., et. al.

    Appellees.
_____/

## ORDER REGARDING ORAL ARGUMENT

The Court previously scheduled Oral Argument before the undersigned[1] at the United States District Courthouse, 400 N. Miami Ave., Courtroom 11-1, Miami, Florida, 33128, for **Friday, October 22, 2010 at 9:00 a.m.** Counsel inquired about the allocation of time for oral argument. The Court has allotted three hours commencing at 9:00 a.m. It is unlikely that we will be able to reach all issues on appeal. Accordingly, our first priority is to address the liability issues and, if time remains, then the remedial issues. While counsel are invited to prepare presentations as each appellant sees fit, the Court may spend much of the allotted time asking questions which cover a wide range of matters.

The liability issues will be addressed in the following order: (1) issues associated with "reasonably equivalent value" as raised by all Appellants; (2) preference issues as raised by the First and Second Term Lenders; (3) Transeastern liability issues, and (4)

_____

[1] As the parties were previously advised, this hearing will be heard before Judge Alan S. Gold and Judge Adalberto Jordan.

insolvency issues.

DONE AND ORDERED in chambers at Miami, Florida, this 19th day of October 2010.

ALAN S. GOLD
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
**U.S. Magistrate Judge Chris McAliley
All counsel of record**