```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION

                        CASE 10-60017-CIV-GOLD
IN RE:
                                              COURTROOM 11-1
TOUSA, INC., et al.,
                                              MIAMI, FLORIDA
                Debtors.
                                              OCTOBER 22, 2010
_____

3V CAPITAL MASTER FUND LTD., et al.,

                   Appellants,

   vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

                   Appellees,

             and

TOUSA, INC., et al.,

                   Appellees.
                                              (Pages 1 - {})
================================================================

                        CASE 10-60018-CIV-GOLD


WELLS FARGO BANK, N.A, et al.,

                   Appellants,
v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

                   Appellees
             and

TOUSA, INC., et al.,

                   Appellees.
```

*Original Transcript Filed Under Case #10-60017-CV-ASG*

**TOTAL ACCESS NETWORK COURTROOM REALTIME TRANSCRIPTION**

```
 1                              Case 10-60019-CIV-JORDAN
                                Case 10-60508-CIV-JORDAN
 2
     CITICORP NORTH AMERICA, INC., et al.,
 3
                                Appellants,
 4
     vs.
 5
     OFFICIAL COMMITTEE OF UNSECURED
 6   CREDITORS OF TOUSA, INC., et al.,

 7                              Appellee,

 8                   and

 9   TOUSA, INC., et al.,

10                              Appellees.

11   _____

12               TRANSCRIPT OF ORAL ARGUMENT
             BEFORE THE HONORABLE ALAN S. GOLD &
13          BEFORE THE HONORABLE ADALBERTO JORDAN
                 UNITED STATES DISTRICT JUDGES
14   _____

15   APPEARANCES:

16   {& CHOICES}

17   FOR THE DEFENDANT:          {& A_TYPE}

18
     REPORTED BY:                JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRSC
19                               Official United States Court Reporter
                                 Federally Certified Realtime Reporter
20                               400 North Miami Avenue, Suite 11-1
                                 Miami, FL  33128           305.523.5588
21                                                   (Fax) 305.523.5589
                                 jamillikan@aol.com
22

23

24

25
```