UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60017
CASE NO.: 10-60018
CASE NO.: 10-60019
CASE NO.: 10-61681

In re TOUSA, INC., et al.,

    Debtors,
_____/

WELLS FARGO BANK, N.A.,
et al.,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

    Appellees,
_____/

## ORDER OF TRANSFER FOLLOWING ORAL ARGUMENT

THIS CAUSE is before the Court following oral argument held on October 22, 2010 in Cases 10-60017, 10-60018, and 10-60019. In an effort to conserve judicial resources, consolidate related issues, and resolve these appeals in an expedient manner, the undersigned have made a joint decision that appeal proceedings concerning the First and Second Term Lenders are closely aligned and should be considered together.

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to Cases 10-60018-cv-GOLD and 10-61681-cv-GOLD being of the same subject matter as Cases 10-60019 and 10-61731 and subject to the consent of

the Honorable Alberto J. Jordan and of the Honorable Chief Judge Federico A. Moreno, it is

ADJUDGED that Cases 10-60018-cv-GOLD and 10-61681-cv-GOLD are transferred to the calendar of the Honorable Judge Jordan for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of December, 2010.

_____
HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered action, the undersigned hereby accepts the transfer of said cases. Therefore, it is

ADJUDGED that all pleadings hereinafter filed shall bear Case Nos. 10-60018-cv-JORDAN and 10-61681-cv-JORDAN thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 13th day of December, 2010.

_____
HONORABLE ALBERTO J. JORDAN
UNITED STATES DISTRICT JUDGE


THE FOREGOING transfer is herewith approved this 14th day of December, 2010.

_____
HONORABLE FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE


cc:
All Counsel of Record
Clerk of Court