UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:10-cv-60019 CIV-JORDAN

In re:   )
TOUSA, INC., *et. al.*,   )
          )
    Debtors.   )
_____   )
          )
CITICORP NORTH AMERICA, INC., *et al.*,   )
          )
    Appellants,   )
          )
v.   )
          )
OFFICIAL COMMITTEE OF UNSECURED   )
CREDITORS, *et al.*,   )
          )
    Appellees.   )
          )

**SUPPLEMENTAL BRIEF OF**
***AMICUS CURIAE* COMMERCIAL FINANCE ASSOCIATION**
**IN SUPPORT OF FIRST LIEN APPELLANTS AND FOR REVERSAL**

In response to this Court's Order, dated February 15, 2011 (D.E. 127), the Commercial Finance Association (the "CFA") respectfully submits its supplement to the Brief of *Amicus Curiae* in Support of First Lien Appellants and for Reversal of Bankruptcy Court's Decision (D.E. 116).

CFA acknowledges that, by adopting Judge Gold's opinion, this Court could decide the entire appeal without having to address the fraudulent transfer savings clauses contained in the underlying loan documents. However, the Bankruptcy Court's well publicized wholesale invalidation of fraudulent transfer savings clauses sent shockwaves through the lending community and forced lenders to question the continued viability of guarantees as a form of third party credit support. CFA is concerned that, unless this Court definitively reverses, or

{230053.0001/N0882237_1}1813988.6

confirms as *dicta*, the Bankruptcy Court's ruling on the enforceability of fraudulent transfer savings clauses, lenders will assume that such savings clauses are unenforceable and, in an effort to compensate for the resulting additional risk, will either charge more to lend or make fewer loans.[1]  Therefore, regardless of whether this Court adopts Judge Gold's reasoning and opinion, CFA urges this Court to reverse the Bankruptcy Court's ruling on the enforceability of fraudulent transfer savings clauses.

Dated: March 15, 2011

                                        COMMERCIAL FINANCE ASSOCIATION


                                        By  Charles M. Tatelbaum
                                            One of Its Attorneys


Charles M. Tatelbaum (FL Bar No. 177540)
Yoss LLP
350 East Las Olas Blvd.
Suite 1700
Ft. Lauderdale, FL 33301
(954) 766-7820
(866) 621-4198 (facsimile)

-and

---

[1] CFA's concern that lenders will assume fraudulent transfer savings clauses are unenforceable is heightened by the widespread publicity afforded the Bankruptcy Court's ruling.  Indeed, several prominent law firms have issued client alerts focused on the portion of the Bankruptcy Court's ruling dealing with the fraudulent transfer savings clauses and the resulting risks to lenders. See, e.g., Shearman & Sterling LLP, *The TOUSA Decision: Death of the Savings Clause?*, November 2, 2009; Schulte Roth & Zabel LLP, *Florida Bankruptcy Judge Holds 'Savings Clause' Unenforceable When Voiding Guarantees as Fraudulent Transfers*, October 30, 2009; Mayer Brown LLP, *Validity of Guaranty "Savings Clauses" Questioned by Florida Bankruptcy Court Decision*, December 2, 2009; Jones Day, *Tousa Ruling Bad News for the Savings Clause*, November/December 2009. Given such widespread publicity, lenders will continue to question the enforceability of fraudulent transfer savings clauses unless this Court reverses, or confirms as dicta, the Bankruptcy Court's ruling with regard to such clauses.

Richard M. Kohn (admitted *pro hac vice*)
(IL Bar No. 1501070)
William C. Meyers (admitted *pro hac vice*)
(IL Bar No. 6195666)
Nury R. Agudo (admitted *pro hac vice*)
(IL Bar No. 6298956)
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000
(312) 332-2196

-and-

Jonathan N. Helfat (admitted *pro hac vice*)
(NY Bar No. JH (9484))
James M. Cretella (admitted *pro hac vice*)
(NY Bar No. JC (6978))
OTTERBOURG, STEINDLER, HOUSTON &
    ROSEN, P.C.
230 Park Avenue
New York, NY 10169
(212) 661-9100
(212) 682-6104 (facsimile)

Co-Counsel for *Amicus Curiae* Commercial Finance Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Supplement to Brief of *Amicus Curia*e in Support of First Lien Appellants and For Reversal of Bankruptcy Court's Decision** has been served electronically through the Court's CM/ECF system on all parties requesting electronic service on this 15th day of March, 2011.

Charles M. Tatelbaum

{230053.0001/N0882237_1}1813988.6