**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 10-60018-CIV-JORDAN**
**CASE NO. 10-60019-CIV-JORDAN**

| | |
|---|---|
| In re: ) | |
| ) | |
| TOUSA, INC., *et al.* ) | |
| Debtors. ) | |
| ) | |
| CITICORP NORTH AMERICA, INC., *et al.*, ) | |
| Appellants, ) | Appeal from Bankruptcy Court |
| vs. ) | Adversary Proceeding No. 08-01435-JKO |
| OFFICIAL COMMITTEE OF UNSECURED ) CREDITORS OF TOUSA, INC., *et al.*, ) | |
| Appellee, ) | |
| and ) | |
| TOUSA, INC., *et al.*, ) | |
| Appellees. ) | |
| ) | |
| WELLS FARGO BANK, N.A., *et al.*, ) | |
| Appellants, ) | |
| vs. ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) CREDITORS OF TOUSA, INC., *et al.*, ) | |
| Appellee, ) | |
| and ) | |
| TOUSA, INC., *et al.*, ) | |
| Appellees. ) | |

**SUPPLEMENTAL SUBMISSION OF APPELLEES TOUSA, INC., *ET AL.***

Appellees TOUSA, Inc., *et al.* (the "Debtors"), respectfully make this submission pursuant to this Court's February 15, 2011 Order (the "Order"). The Order directs each party, intervenor, and amicus curiae in these appeals to file a supplemental brief explaining how Judge Gold's opinion and reasoning affects the issues in these cases. On appeal, Citicorp North America, Inc., *et al.*, and Wells Fargo Bank, N.A., *et al.*, (the "Appellants") challenge the Bankruptcy Court's summary judgment rulings that their third-party claims against the Debtors were improper under Federal Rule of Bankruptcy Procedure 7014 and that the Debtors would be unfairly prejudiced if the claims in the Third-Party Complaints were allowed to proceed to trial. Because the issues presented on appeal regarding the Bankruptcy Court's summary judgment ruling in favor of the Debtors involve distinct legal issues from Judge Gold's opinion, the Debtors do not believe that Judge Gold's opinion has any material impact on the specific issues for which the appeals of the summary judgment ruling were brought. The Debtors take no position on the effect of Judge Gold's opinion and reasoning on the remainder of the issues in the cases.

Dated: March 15, 2011

Respectfully submitted,

BERGER SINGERMAN, P.A.

/s/ Paul A. Avron_____
Paul Steven Singerman (Florida Bar No. 378860)
Paul A. Avron (Florida Bar No. 0050814)
pavron@bergersingerman.com
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

-and-

KIRKLAND & ELLIS LLP

Daniel T. Donovan (admitted *pro hac vice*)
Beth A. Williams (admitted *pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Appellees TOUSA, Inc., et al.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of March, 2011, a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system or electronic mail to the recipients listed below.

/s/ Paul A. Avron  (Florida Bar No. 0050814)
**BERGER SINGERMAN, P.A.**
200 Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

3

| **Counsel for the First Lien Appellants:** | **Counsel for the Official Committee of Unsecured Creditors:** |
|---|---|
| Stephen N. Zack<br>Jennifer G. Altman<br>BOIES, SCHILLER & FLEXNER LLP<br>100 Southeast 2nd Street, Suite 2800<br>Miami, Florida 33131<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307<br>szack@bsfllp.com<br>jaltman@bsfllp.com<br>Philip Korologos<br>Eric Brenner<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>Telephone: (212) 446-2314<br>Facsimile: (212) 446-2350<br>pkorologos@bsfllp.com<br>ebrenner@bsfllp.com<br><br>Amy Denton Harris<br>STICHTER, RIEDEL, BLAIN, & PROSSER, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, Florida 33602, 4718<br>Telephone: (813) 229-0144<br>Facsimile: (813) 229-1811<br>aharris.ecf@srbp.com<br><br>Thomas J. Hall<br>Eric J. Przybylko<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>thall@chadbourne.com<br>eprzybylko@chadbourne.com | Lawrence S. Robbins<br>Alan D. Strasser<br>Michael L. Waldman<br>ROBBINS RUSSELL ENGLERT ORSECK UNTEREINER & SAUBER LLP<br>1801 K Street, N.W., Suite 411<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510<br>lrobbins@robbinsrussell.com<br>astrasser@robbinsrussell.com<br>mwaldman@robbinsrussell.com<br><br>Patricia A. Redmond<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3553<br>Facsimile: (305) 789-3395<br>predmond@swmwas.com |

| **Counsel for the Senior Transeastern Lenders:** | **Counsel for the Second Lien Appellants:** |
|---|---|
| Dennis F. Dunne<br>Andrew M. LeBlanc<br>Andrew Beirne<br>MILBANK, TWEED, HADLEY, & MCCLOY, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5287<br>Facsimile: (212) 530-5219<br>ddunne@milbank.com<br>aleblanc@milbank.com<br>abeirne@milbank.com<br><br>Michael I. Goldberg<br>AKERMAN SENTERFITT<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>michael.goldberg@akerman.com | Evan D. Flaschen<br>Gregory W. Nye<br>Richard F. Whiteley<br>BRACEWELL & GIULIANI LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06013<br>Telephone: (860) 947-9000<br>Facsimile: (860)246-3201<br>evan.flaschen@bgllp.com<br>gregory.nye@bgllp.com<br>richard.whiteley@bgllp.com<br><br>Scott L. Baena<br>Matthew I. Kramer<br>Jeffrey Snyder<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Telephone: (305) 350-7245<br>Facsimile:  (305) 374-7593<br>sbaena@bilzin.com<br>mkramer@bilzin.com<br>jsnyder@bilzin.com |
| **United States Trustee**:<br><br>Steven D. Schneiderman<br>Office of the U.S. Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL 33130<br>Telephone: (305) 536-7285<br>Facsimile: (305)<br>Steven D. Schneiderman@usdoj.gov | |