UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NOS. 10-60019-CIV-JORDAN & 10-60508-CIV-JORDAN

| | |
|---|---|
| CITICORP NORTH AMERICA, INC. et al., | ) |
|     Appellants | ) |
| vs. | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS and TOUSA, INC., | ) |
|     Appellees | ) |
| _____ | ) |
| CASTLERIGG MASTER INVESTMENTS, LTD. et al., | ) |
|     Appellants | ) |
| vs. | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, | ) |
|     Appellee | ) |
| _____ | ) |

**ORDER CONSOLIDATING CASES**

For the following reasons, the joint motion to consolidate appeals [D.E. 5] is GRANTED.

The case of *Castlerigg Master Investments v. Official Committee of Unsecured Creditors of TOUSA*, Case No. 10-CIV-60508 was transferred to me by Chief Judge Moreno because it involved many of the same parties and many of the same legal questions as *Citicorp North America, Inc. v. Official Committee of Unsecured Creditors*, Case No. 10-CIV-60019. As a result, I find that consolidation is appropriate under Rule 42(a). The parties are directed to make all filings in Case No. 10-CIV-60019, but shall list both case styles and numbers in all filings.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of March, 2011.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copies to:    All counsel of record