UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 10-cv-60019 (Jordan)
No. 10-cv-60508 (Jordan)
No. 10-cv-61731 (Jordan)

In re:
TOUSA, INC., *et al.*,

                    Debtors.

CITICORP NORTH AMERICA, INC., *et al.*,

                    Appellants,

    vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*, and
TOUSA, Inc., *et al.*,

                    Appellees.

CASTLERIGG MASTER INVESTMENTS, LTD., *et al.*,

                    Appellants,

    vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et. al.,*

                    Appellee.

## NOTICE OF RELEVANT FILINGS

        Appellant Citicorp North America, Inc., Administrative Agent to the First Lien Term Loan, files this notice to inform the Court of several relevant filings in the related appeal 10-cv-60017 (Gold).

**The Motion for Rehearing**

On February 17, 2011, the Transeastern Lenders filed a motion (D.E.[1] 132) pursuant to Federal Rule of Bankruptcy Procedure 8015 for limited rehearing of Judge Gold's Opinion and Order dated February 11, 2011 (the "Opinion").  Attached as Exhibit A is a copy of that motion, attached as Exhibit B is a copy of the Committee's February 24, 2011 opposition (D.E. 133), and attached as Exhibit C is a copy of the March 3, 2011 reply (D.E. 134).

**The Notice of Appeal**

On March 8, 2011, the Committee filed a Notice of Appeal of the Opinion (D.E. 135), a copy of which is attached as Exhibit D.  Under Federal Rule of Appellate Procedure 6(b)(2)(A)(i), that Notice of Appeal is not effective until an order on the attached motion for rehearing is entered, a fact pertinent to the Committee's contention, in its March 15, 2011 supplemental submission to this Court (Case No. 10-60019, D.E. 132), that the filing of that Notice of Appeal divests this Court of jurisdiction to adjudicate the instant appeal.

---

[1]   Unless otherwise noted "D.E." refers to items docketed in Case No. 10-cv-60017 (Gold).

Respectfully submitted,

**STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**

By: /s/ Amy Denton Harris
     Harley Edward Riedel (183628)
     Richard Craig Prosser (354831)
     Amy Denton Harris (0634506)
     110 East Madison Street, Suite 200
     Tampa, Florida 33602-4718
     Telephone: (813) 229-0144
     Facsimile:  (813) 229-1811

**CHADBOURNE & PARKE LLP**

     Thomas J. Hall (admitted *pro hac vice*)
     Thomas J. McCormack
     Seven Rivera (admitted *pro hac vice*)
     30 Rockefeller Plaza
     New York, New York 10112
     Telephone:  (212) 408-5100
     Facsimile:   (212) 541-5369

*Attorneys for Appellant Citicorp North America, Inc.*

March 18, 2011

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Relevant Filing* has been furnished on this 18th day of March, 2011 via the Court's CM/ECF system to CM/ECF registered users and via electronic mail to:

| **Counsel for the Official Committee of Unsecured Creditors:** | **Counsel for the Debtors TOUSA, Inc.,** *et al.***:** |
|---|---|
| Lawrence S. Robbins<br>Alan D. Strasser<br>Michael L. Waldman<br>Donald J. Russell<br>Mark A. Hiller<br>ROBBINS RUSSELL ENGLERT ORSECK UNTEREINER & SAUBER LLP<br>1801 K Street, NW, Suite 411<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510<br>lrobbins@robbinsrussell.com<br>astrasser@robbinsrussell.com<br>mwaldman@robbinsrussell.com<br>drussell@robbinsrussell.com<br>mhiller@robbinsrussell.com<br><br>Patricia A. Redmond<br>David Charles Pollack<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3553<br>Facsimile: (305) 789-3395<br>predmond@swmwas.com<br>dpollack@stearnsweaver.com | Richard M. Cieri<br>Paul M. Basta<br>M. Natasha Labovitz<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>rcieri@kirkland.com<br>pbasta@kirkland.com<br>nlabovitz@kirkland.com<br><br>Daniel T. Donovan<br>Matthew E. Papez<br>Jeffrey S. Powell<br>Beth A. Williams<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>ddonovan@kirkland.com<br>mpapez@kirkland.com<br>jpowell@kirkland.com<br>beth.williams@kirkland.com |

| **Counsel for Wells Fargo Bank, N.A. and Second Lien Lenders:** | **Counsel for the Debtors TOUSA, Inc., *et al.*:** |
|---|---|
| Evan D. Flaschen<br>Gregory W. Nye<br>Richard F. Whiteley<br>Heath A. Novosad<br>BRACEWELL & GIULIANI LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06013<br>Telephone:  (860) 947-9000<br>Facsimile:  (860) 246-3201<br>evan.flaschen@bgllp.com<br>gregory.nye@bgllp.com<br>Richard.whiteley@bgllp.com<br>heath.novosad@bgllp.com<br><br><br>Scott L. Baena<br>Matthew I. Kramer<br>Jeffrey Snyder<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL  33131<br>Telephone:  (305) 350-7245<br>Facsimile:  (305) 374-7593<br>sbaena@bilzin.com<br>mkramer@bilzin.com<br>jsnyder@bilzin.com | Paul Steven Singerman<br>Paul A. Avron<br>BERGER SINGERMAN, P.A.<br>200 South Biscayne Boulevard<br>Suite 1000<br>Miami, FL 33131<br>Telephone:  (305) 775-9500<br>Facsimile: (305) 714-4340<br>singerman@bergersingerman.com<br>pavron@bergersingerman.com |

| Counsel for<br>**3V Capital Master Fund Ltd., et. al.:**<br>Dennis F. Dunne<br>Andrew M. LeBlanc<br>Andrew Beirne<br>Dennis C. O'Donnell<br>Alan J. Stone<br>Atara Miller<br>Gabrielle Ruha<br>Patrick Marecki<br>MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone:  (212) 530-5287<br>Facsimile:  (212) 530-5219<br>ddunne@milbank.com<br>aleblanc@milbank.com<br>abeirne@milbank.com<br>dodonnell@milbank.com<br>AStone@milbank.com<br>amiller@milbank.com<br>gruha@milbank.com<br>pmarecki@milbank.com<br><br>Michael I. Goldberg<br>AKERMAN SENTERFITT<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL  33301-2229<br>Telephone:  (954) 463-2700<br>Facsimile:  (954) 463-2224<br>michael.goldberg@akerman.com | Counsel for<br>**Senior Transeastern Lenders**<br>**Centurion CDO 10, Ltd., et. al.:**<br>Darren D. Farfante<br>Ceci Culpepper Berman<br>FOWLER WHITE BOGGS P.A.<br>501 E. Kennedy Boulevard<br>P.O. Box 1438<br>Tampa, FL 33601<br>Telephone: (813) 228-7411<br>Facsimile: (813) 229-8313<br>dfarfante@fowlerwhite.com<br>cberman@fowlerwhite.com<br><br>Aaron D. Van Oort<br>Melina K. Williams<br>Stephen M. Mertz<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612)-766-7000<br>Facsimile: (612)-766-1600<br>avanoort@faegre.com<br>mwilliams2@faegre.com<br>smertz@faegre.com |

| **Counsel for**<br>**3V Capital Master Fund Ltd., et. al.:**<br>Nancy A. Copperthwaite<br>AKERMAN SENTERFITT<br>SunTrust International Center<br>1 SE 3rd Avenue<br>25th Floor<br>Miami, FL 33131-1714<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>Nancy.Copperthwaite@akerman.com | **Counsel for Stedman Loan Funding II**<br>**Subsidiary Holding Company II, LLC:**<br>David P. Draigh<br>WHITE & CASE LLP<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>ddraigh@whitecase.com |
|---|---|
| **Counsel for Amicus Curiae Loan**<br>**Syndications & Trading Association:**<br><br>Thomas M. Messana<br>MESSANA STERN, P.A.<br>401 E. Las Olas Boulevard, Suite 1400<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 712-7400<br>Facsimile: (954) 712-7401<br>tmessana@mws-law.com<br><br>George A. Zimmerman<br>Mark A. McDermott<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>George.Zimmerman@skadden.com<br>Mark.McDermott@skadden.com<br><br>Elliot Ganz<br>LOAN SYNDICATIONS & TRADING<br>ASSOCIATION<br>366 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 880-3000<br>Facsimile: (212) 880-3040<br>eganz@lsta.org | **Counsel to Monarch Master Funding Ltd.**<br>**and Trilogy Portfolio Company, LLC:**<br><br>Jennifer Gertrude Altman<br>Stephen N. Zack<br>BOIES, SCHILLER & FLEXNER LLP<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Telephone:  (305) 539-8400<br>Facsimile:  (305) 539-1307<br>szack@bsfllp.com<br>jaltman@bsfllp.com<br><br>Philip C. Korologos<br>Eric Brenner<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>Telephone:  (212) 446-2315<br>Facsimile:  (212) 446-2350<br>pkorologos@bsfllp.com<br>ebrenner@bsfllp.com |

| **Counsel for**<br>**Black Diamond CLO 2005-1:**<br>Eric N. Assouline, Esq.<br>ASSOULINE & BERLOWE, P.A.<br>213 E. Sheridan Street, Suite 3<br>Dania Beach, Florida 33004<br>Telephone: (954) 929-1899<br>Facsimile: (954) 922-6622<br>ena@assoulineberlowe.com | **United States Trustee:**<br><br>Steven D. Schneiderman<br>Office of the U.S. Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL  33130<br>Telephone:  (305) 536-7285<br>Facsimile:  (305) 536-7360<br>Steven.D.Schneiderman@usdoj.gov |
|---|---|
| | */s/ Amy Denton Harris*<br>  Amy Denton Harris |