UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-60019-CIV-JORDAN

| | |
|---|---|
| CITICORP NORTH AMERICA INC. et al., | ) |
| Appellants, | ) ) ) |
| vs. | ) ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA et al., and TOUSA, INC. et al., | ) ) ) ) ) |
| Appellees | ) ) |

**ORDER**

After reading the supplemental briefs, it seems to me that the appropriate action is to stay and administratively close this case pending the Eleventh Circuit's decision in the related bankruptcy appeals styled *Senior Transeastern Lenders v. Official Committee of Unsecured Creditors*, Case Nos. 10-cv-60017, 10-cv-61478, 10-cv-62032, 10-cv-62035, and 10-cv-62037. Once the Eleventh Circuit renders an opinion, the parties would have 30 days to re-open the case and thereafter file supplemental briefs.

If anyone objects to this course of action, it shall file its objection by March 25, 2011.

DONE and ORDERED in chambers in Miami, Florida, this 18th day of March, 2011.

*/s/ Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record