UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
TOUSA, INC., *et al.*,
                     Debtors.

CITICORP NORTH AMERICA, INC., *et al.*,
                     Appellants,

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,
                     Appellee,

and

TOUSA, INC., *et al.*,
                     Appellees.

Case No. 10-60019-CIV-JORDAN
Case No. 10-60508-CIV-JORDAN
Case No. 10-61731-CIV-JORDAN

**FIRST LIEN APPELLANTS' REQUEST FOR ORAL ARGUMENT**

Pursuant to S.D. Fla. L.R. 7.1(b)(1), the First Lien Appellants hereby respectfully request that the Court conduct oral argument in connection with First Lien Appellants' Objection to Stay filed on March 25, 2011 (the "Objection"). As stated in detail in the Objection, a stay would cause substantial prejudice, and a more certain and equitable means of achieving the desired judicial economy is available. Given the issues and the stakes, the First Lien Appellants respectfully submit that the Court's decisional process would benefit from the opportunity for the Court to discuss the case with counsel, and they request oral argument on the Objection to the Proposed Stay for approximately 30 minutes per side.

Dated: March 25, 2011

Respectfully submitted,

| | |
|---|---|
| **BOIES, SCHILLER & FLEXNER LLP** | **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.** |
| By: /s/ Jennifer G. Altman<br>Stephen N. Zack<br>Jennifer G. Altman<br>100 Southeast 2nd Street, Suite 2800<br>Miami, Florida 33131<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307 | By: _____<br>Harley Edward Riedel (183628)<br>Richard Craig Prosser (354831)<br>Amy Denton Harris (0634506)<br>110 East Madison Street, Suite 200<br>Tampa, Florida 33602-4718<br>Telephone: (813) 229-0144<br>Facsimile: (813) 229-1811 |
| -and- | -and- |
| Philip Korologos (admitted *pro hac vice*)<br>Eric Brenner (admitted *pro hac vice*)<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>Telephone: (212) 446-2315<br>Facsimile: (212) 446-2350 | **CHADBOURNE & PARKE LLP**<br>Thomas J. Hall (admitted *pro hac vice*)<br>Thomas J. McCormack (admitted *pro hac vice*)<br>Seven Rivera (admitted *pro hac vice*)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369 |
| *Attorneys for Appellants Monarch Master Funding Ltd. and Trilogy Portfolio Company, LLC* | *Attorneys for Appellants Citicorp North America, Inc. and certain First Lien Term Lenders* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **FIRST LIEN APPELLANTS' REQUEST FOR ORAL ARGUMENT** has been furnished on this 25th day of March, 2011, electronically via the Court's CM/ECF system and via electronic mail to:

**Counsel for the Official Committee of Unsecured Creditors:**

Lawrence S. Robbins
Alan D. Strasser
Michael L. Waldman
1801 K Street, NW, Suite 411
ROBBINS RUSSELL ENGLERT ORSECK
UNTEREINER & SAUBER LLP
Washington, D.C.  20006
Telephone:  (202) 775-4500
Facsimile:  (202) 775-4510
lrobbins@robbinsrussell.com
astrasser@robbinsrussell.com
mwaldman@robbinsrussell.com

Patricia A. Redmond
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida  33130
Telephone:  (305) 789-3553
Facsimile:  (305) 789-3395
predmond@swmwas.com

**Counsel for the Debtors TOUSA, Inc., et al.:**

Richard M. Cieri
Paul M. Basta
M. Natasha Labovitz
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rcieri@kirkland.com
pbasta@kirkland.com
nlabovitz@kirkland.com

Daniel T. Donovan
Matthew E. Papez
Jeffrey S. Powell
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 879-5000

Paul Steven Singerman
BERGER SINGERMAN, P.A.
200 South Biscayne Boulevard
Suite 1000
Miami, Florida  33131
Telephone:  (305) 775-9500
singerman@bergersingerman.com

Facsimile:  (202) 879-5200
ddonovan@kirkland.com
mpapez@kirkland.com
jpowell@kirkland.com

## Counsel for Wells Fargo Bank, N.A. and Second Lien Lenders:

Evan D. Flaschen
Gregory W. Nye
Richard F. Whiteley
Heath A. Novosad
BRACEWELL & GIULIANI LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, Connecticut  06013
Telephone:  (860) 947-9000
Facsimile:  (860) 246-3201
evan.flaschen@bgllp.com
gregory.nye@bgllp.com
ddunne@milbank.com

Scott L. Baena
Matthew I. Kramer
Jeffrey Snyder
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
200 South Biscayne Boulevard, Suite 2500
Miami, Florida  33131
Telephone:  (305) 350-7245
Facsimile:  (305) 374-7593
sbaena@bilzin.com
mkramer@bilzin.com
jsnyder@bilzin.com

## Counsel for Senior Transeastern Lenders (Group 1):

Dennis F. Dunne
Andrew M. LeBlanc
Andrew Beirne
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY &
MCCLOY, LLP
1 Chase Manhattan Plaza
New York, New York  10005
Telephone:  (212) 530-5287
Facsimile:  (212) 530-5219
ddunne@milbank.com
aleblanc@milbank.com
abeirne@milbank.com
dodonnell@milbank.com

Michael I. Goldberg
AKERMAN SENTERFITT
Los Olas Centre II, Suite 1600
Fort Lauderdale, Florida  33301-2229
Telephone:  (954) 463-2700
Facsimile:  (954) 463-2224
michael.goldberg@akerman.com

**Counsel for Senior Transeastern Lenders (Group 2):**

Ceci Culpepper Berman
Darren David Farfante
FOWLER WHITE BOGGS P.A.
501 E Kennedy Boulevard
Suite 1700 PO Box 1438
Tampa, Florida  33602
Telephone:  (813) 222-1136
Fax:  (813) 229-8313
cberman@fowlerwhite.com
dfarfante@fowlerwhite.com


**United States Trustee:**

Steven D. Schneiderman
Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, Florida  33130
Telephone:  (305) 536-7285
Facsimile:  (305) 536-7360
Steven.D.Schneiderman@usdoj.gov



  /s/ Jennifer G. Altman
  Jennifer G. Altman