UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-60019-CIV-JORDAN

| | |
|---|---|
| CITICORP NORTH AMERICA INC. et al., | ) |
| Appellants, | ) |
| vs. | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA et al., and TOUSA, INC. et al., | ) |
| Appellees | ) |

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

This bankruptcy appeal is stayed pending the appeal of *In re TOUSA, Inc.*, 2011 WL 522008 (S.D. Fla. Feb. 11, 2011) to the Eleventh Circuit.[1] Any party may move to reopen the case within 30 days of the Eleventh Circuit issuing a mandate in the case. This case is ADMINISTRATIVELY CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 28th day of March, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record

---

[1] This case is related to four other bankruptcy appeals. In one of these cases, some of the parties have objected to the stay. While I understand that not everyone agrees to the stay, nearly every interested entity has acknowledged that Judge Gold's opinion in *In re TOUSA*, if upheld, would be dispositive in the four cases. Indeed, the very objectors have observed that "[s]imply put, if this Court adheres to Judge Gold's opinion, [they] win" [D.E. 124 at 1]. As a result, judicial economy supports a stay.