UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10-cv-60019-AJ
(No. 10-cv-61731-AJ)

|  |  |
|---|---|
|  | ) |
|  | ) |
| CITICORP NORTH AMERICA, INC., *et al.*, | ) |
|  | ) |
| *Appellants*, | ) |
|  | ) |
| v. | ) |
|  | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*, | ) |
|  | ) |
| *Appellee*. | ) |
|  | ) |

**REQUEST FOR REACTIVATION
AND CONSOLIDATION OF RELATED APPEALS**

The Official Committee of Unsecured Creditors of TOUSA Inc., *et al.* (the "Committee") respectfully requests that the captioned appeal be reactivated and consolidated with related appeals currently pending before Judge Moore.

This bankruptcy appeal, previously assigned to Judge Jordan, is one of numerous appeals arising from a single bankruptcy court adversary proceeding. All of the appeals were separately docketed in this Court. This appeal (the "First Lien Appeal") and two others (the "Second Lien Appeals," Case Nos. 10-cv-60018, 10-cv-61681) were assigned to Judge Jordan. The remaining appeals (the "Transeastern Lender Appeals," Case Nos. 10-60017, 10-61478, 10-62032, 10-62035, and 10-62037) were assigned to Judge Gold. Judge Gold quashed the bankruptcy court's judgment of liability, in Case No. 10-60017, and dismissed the remaining Transeastern Lender Appeals as moot. *Opinion and Order On Appeals By Transeastern Lenders*, Case No. 10-60017,

1

ECF 131 at 112-113 (S.D. Fla. Feb. 11, 2011). The Committee appealed from that order. Thereafter, recognizing that the Eleventh Circuit's decision could be dispositive of the First Lien and Second Lien Appeals, Judge Jordan ordered a stay and administratively closed those appeals, pending the outcome of the appeal of Judge Gold's decision. *Order Staying and Administratively Closing Case*, Nos. 10-cv-60019, ECF No. 138, 10-cv-60018, ECF No. 129 (S.D. Fla. Mar. 28, 2011). The Eleventh Circuit reversed Judge Gold's order in the Transeastern Lender Appeals and remanded to this Court for further proceedings. *In re TOUSA, Inc.*, 680 F.3d 1298 (11th Cir. 2012).

After the Eleventh Circuit's decision, Chief Judge Moreno ordered that the Second Lien Appeals and the Transeastern Lender Appeals be consolidated before a single judge. *See* Administrative Order 2012-43 (May 21, 2012). Chief Judge Moreno's order did not specifically reference the First Lien Appeal, but the Committee presumes that omission was unintentional – the First Lien Appeal and Second Lien Appeal were consolidated before Judge Jordan in the first instance because they are "closely aligned and should be considered together." *Order of Transfer Following Oral Argument*, No. 10-cv-60019, ECF No. 126 (S.D. Fla. Dec. 16, 2010).

The Committee therefore asks that the First Lien Appeal formally be reactivated and consolidated with the related Second Lien and Transeastern Lender Appeals now pending before Judge Moore.[1] In those appeals, Judge Moore has ordered the Appellants to show cause on or before July 20, 2012 whether they intend to renew their appeals from the bankruptcy court's remedial order, and to address administrative matters such as a potential briefing schedule and

---

[1] Judge Jordan's stay order provided that any party could move to reopen this appeal "within 30 days of the Eleventh Circuit issuing a mandate" in *TOUSA*. *Order,* No. 10-cv-60019, ECF No. 138. Although the mandate has not formally issued, the Eleventh Circuit today denied the Transeastern Lenders' petition for rehearing and the mandate will therefore issue in seven days. *See* Fed. R. App. P. 41; 11th Cir. R. 41-1.

consolidation of the cases into a single action. *Paperless Order to Show Cause*, No. 10-cv-60017-KMM, ECF No. 164 (S.D. Fla. June 26, 2012). The same administrative issues will arise in the First Lien Appeal. By reactivating the First Lien Appeal now, and assigning it to Judge Moore, such matters may be addressed on the same schedule established by Judge Moore in the related appeals.

Dated July 10, 2012

                Respectfully submitted,

By:   /s/ Patricia A. Redmond
       Patricia A. Redmond (Fla. Bar # 303739)
       David C. Pollack (Fla. Bar # 0362972)
       STEARNS WEAVER MILLER
         WESSLER ALHADEFF & SITTERSON, P.A.
       150 West Flagler Street, Suite 220
       Miami, FL 33130
       Telephone: (305) 789-3553
       Facsimile: (305) 789-3395
       predmond@stearnsweaver.com

       ROBBINS, RUSSELL, ENGLERT,
         ORSECK, UNTEREINER & SAUBER LLP
       Lawrence S. Robbins*
       Donald J. Russell*
       Michael L. Waldman*
       1801 K Street N.W., Suite 411-L
       Washington, DC 20006
       Telephone: (202) 775-4500
       Facsimile: (202) 775-4510
       lrobbins@robbinsrussell.com

       *admitted *pro hac vice*

       *Attorneys for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2012, this document is being filed with the Clerk of Court's CM/ECF Program. I further certify that a true and correct copy of the foregoing document is being served electronically via the Court's CM-ECF Program to each person authorized to receive Notice of Electronic Filing.

By: /s/ Patricia A. Redmond
PATRICIA A. REDMOND