UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10-cv-60019-AJ
(No. 10-cv-61731-AJ)

|  |  |
|---|---|
|  | ) |
|  | ) |
| CITICORP NORTH AMERICA, INC., *et al.*, | ) |
|  | ) |
| *Appellants*, | ) |
|  | ) |
| v. | ) |
|  | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*, | ) |
|  | ) |
| *Appellee*. | ) |
|  | ) |

**REPLY IN SUPPORT OF REQUEST FOR REACTIVATION
AND CONSOLIDATION OF RELATED APPEALS**

The Official Committee of Unsecured Creditors of TOUSA Inc., *et al*. (the "Committee") submits this Reply in support of its Request for Reactivation and Consolidation of Related Appeals ("Request"), and to apprise the Court of recent developments relevant to its Request.

The Committee's Request, dated July 10, 2012, asked the Court to reactivate this appeal and consolidate it with a number of closely related appeals pending before Judge Moore. *See* ECF No. 140. As the Committee explained, in light of the Eleventh Circuit's decision in *In re TOUSA, Inc*., 680 F.3d 1298, judicial economy counsels in favor of reactivating this appeal and assigning it to Judge Moore so that it may proceed on the same schedule established by Judge Moore in related appeals arising from the same adversary proceeding. *Id*. at 3.

On July 17, 2012, Appellants responded to the Committee's Request. *See* ECF No. 141. Appellants acknowledged the "overlapping" nature of this appeal and the related appeals, and

voiced no objection to consolidating all appeals before Judge Moore if the Court were so inclined. *Id.* at 2 (citing Administrative Order 2012-43 (May 21, 2012)). Appellants questioned whether such action would be premature, however, as the Eleventh Circuit's July 10, 2012 order denying rehearing in *TOUSA* was apparently docketed in error. *Id.* at 1-2 & Ex. A.

Judge Moore subsequently amended his Order to Show Cause to provide the Appellants in the related appeals twenty days from the Eleventh Circuit's denial of rehearing in *TOUSA* to respond on certain administrative and briefing matters. *Paperless Order*, No. 10-60017-KMM, ECF No. 165 (S.D. Fla. July 20, 2012).

On July 23, 2012, the Eleventh Circuit denied rehearing in *TOUSA*. The mandate will therefore issue on July 30, 2012. *See* Fed. R. App. P. 41; 11th Cir. R. 41-1. Because the Appellants in the related appeals before Judge Moore now have until August 12, 2012 to respond to his Order to Show Cause, and the administrative and briefing matters addressed therein will be equally relevant to this appeal, the Committee asks that this appeal be reactivated and assigned to Judge Moore so that it may proceed on the same schedule.

Dated July 26, 2012

                Respectfully submitted,

By: /s/ Patricia A. Redmond
   Patricia A. Redmond (Fla. Bar # 303739)
   David C. Pollack (Fla. Bar # 0362972)
   STEARNS WEAVER MILLER
    WESSLER ALHADEFF & SITTERSON, P.A.
   150 West Flagler Street, Suite 220
   Miami, FL 33130
   Telephone: (305) 789-3553
   Facsimile: (305) 789-3395
   predmond@stearnsweaver.com

   ROBBINS, RUSSELL, ENGLERT,
    ORSECK, UNTEREINER & SAUBER LLP
   Lawrence S. Robbins*
   Donald J. Russell*
   Michael L. Waldman*
   1801 K Street N.W., Suite 411-L
   Washington, DC 20006
   Telephone: (202) 775-4500
   Facsimile: (202) 775-4510
   lrobbins@robbinsrussell.com
   *admitted *pro hac vice*

*Attorneys for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, this document is being filed with the Clerk of Court's CM/ECF Program. I further certify that a true and correct copy of the foregoing document is being served electronically via the Court's CM-ECF Program to each person authorized to receive Notice of Electronic Filing.

By: /s/ Patricia A. Redmond
   PATRICIA A. REDMOND