UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS:   10-cv-60017-KMM, 10-cv-60018-KMM, 10-cv-61681-KMM, 10-cv-61478-KMM, 10-cv-62032-KMM, 10-cv-62037-KMM, 10-cv-60019-KMM and 10-cv-61731-KMM

*In re*:

TOUSA, INC., *et al.*,

                                        *Debtors*.

---

3V CAPITAL MASTER FUND LTD., *et al.*,

                                        *Appellants*,

   v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*,

                                        *Appellees*.

     and

WELLS FARGO BANK, N.A.,

                                        *Appellants*,

   v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*,

                                        *Appellees*.

---

CITICORP NORTH AMERICA, INC.,

                                        *Appellants*,

   v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*,

                                        *Appellees*.

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**RESPONSE TO ORDER TO SHOW CAUSE**

The Official Committee of Unsecured Creditors of TOUSA Inc., et al. (the "Committee") submits this response to the Court's June 26, 2012 Order to Show Cause (as modified July 20, 2012):

1.  All nine of the appeals arising from Adversary Proceeding No. 08-1435-JKO should be consolidated.[1] These appeals arise from a single complaint, a single trial, and a single set of factual findings and conclusions of law; they challenge interrelated pieces of a single, integrated remedy. A failure to consolidate all of the appeals would create a needless risk of inconsistent results and, potentially, piecemeal appeals to the Eleventh Circuit. No party has opposed consolidation.[2]

2.  Briefing in two of the appeals – the "Payment Order Appeal" by the Transeastern Lenders (No. 10-61478) and a "me too" appeal of the same bankruptcy court order by the Group 2 Transeastern Lenders (No. 10-62035) – was stayed by Judge Gold after the appellants had filed their opening briefs, but before the Committee had filed its brief. These two appeals address a narrow issue, namely, an award of prejudgment interest against the Senior Transeastern Lenders.

---

[1] Two appeals by the Second Lien Lenders (Nos. 10-60018 and 10-61681) and four appeals by the Transeastern Lenders (Nos. 10-60017, 10-61478, 10-62032, and 10-62037) were transferred to this Court by Administrative Order 2012-43. A fifth appeal by the Group 2 Transeastern Lenders (No. 10-62035) was stayed by Judge Gold but has not yet been reactivated or transferred. Two appeals by the First Lien Lenders (Nos. 10-60019 and 10-61731), previously stayed by Judge Jordan, were reactivated and transferred to this Court earlier today. See *Notice Reassigning Case*, Nos. 10-cv-60019 (ECF No. 143), 10-cv-61731 (ECF No. 48) (S.D. Fla. Aug. 21, 2012).

[2] The Second Lien Lenders have urged consolidation of all of these appeals. The First Lien Lenders have not opposed consolidation. The Transeastern Lenders and the Group 2 Transeastern Lenders have urged consolidation of their appeals, and have stated that they do not oppose consolidation of all of the appeals if the parties to the other appeals think it would be beneficial.

The Committee respectfully suggests that the briefing in those appeals should be completed, pursuant to a schedule in which the Committee's brief would be filed no later than 30 days from the entry of a scheduling order by this Court, and the appellants' reply briefs would be filed within 15 days thereafter.

3. The remaining seven appeals have been fully briefed. The Committee respectfully joins with the Second Lien Lenders' suggestion that further briefing should be limited to the question of how, if at all, the Eleventh Circuit's decision affects disposition of the issues that remain. See *Second Lien Appellants' Response To Orders To Show Cause*, Nos. 10-cv-60018-KMM (ECF No. 134), 10-cv-61681-KMM (ECF No. 55) (S.D. Fla. Aug. 13, 2012). We further suggest that each appellant submit a brief no longer than 15 pages to address that question and that the Committee submit a single brief no longer than 25 pages to respond to all of the appellants' briefs.

4. If additional briefing in those appeals is limited to the effects of the Eleventh Circuit's decision on the remaining issues, the briefing schedule can be expedited. The Committee proposes that the appellants' briefs be filed no later than 20 days from the entry of a scheduling order by this Court, and the Committee's briefs be filed within 15 days thereafter.

5. The Transeastern Lenders propose briefing anew all of the remaining issues, with a 50 page limit on their opening brief. Such re-briefing would impose substantial additional costs on the parties and the bankruptcy estate, and (in our view) would impose unnecessary burdens on the Court. Re-briefing matters that have already been fully briefed would also invite the risk that an appellant would raise new issues that it did not raise in its opening brief, and therefore forfeited. The Transeastern Lenders point out that the prior briefing included extensive discussion of issues that are no longer before the court. But most of the previously-submitted

briefs concern *only* remedial issues that the Court of Appeals did not address, and the parties can easily direct the Court's attention to those portions of the other briefs that are (or are not) relevant to the remaining issues.

6.      If the Court nonetheless concludes that the parties should re-brief all of the remaining issues, the Committee does not object to the page limits proposed by the Transeastern Lenders, *i.e.*, that (a) appellants' opening briefs shall not exceed 50 pages; (b) the Committee shall file a single response brief limited to the number of pages allotted to the appellants, collectively, for their opening briefs (150 pages, if all of the appeals are consolidated); and (c) appellants' reply briefs shall not exceed 25 pages.[3]  In those circumstances, the Committee also has no objection to the more extended briefing schedule proposed by the Transeastern Lenders (where briefing would not conclude until December 13th).

7.      The Committee believes that the Court would benefit from oral argument, but if the Court concludes that the facts and legal contentions are adequately presented in the briefs, the Committee does not object if the Court chooses to dispense with oral argument.

[ Balance of Page Intentionally Blank - Signatures on Following Page ]

---

[3] The Committee takes no position on the schedule or page limits for intervenors' briefs or the Transeastern Lenders' response to intervenors.

Dated August 21, 2012

                Respectfully submitted,

By:   /s/ Patricia A. Redmond
Patricia A. Redmond (Fla. Bar # 303739)
David C. Pollack (Fla. Bar # 0362972)
STEARNS WEAVER MILLER
  WESSLER ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
predmond@stearnsweaver.com

ROBBINS, RUSSELL, ENGLERT,
  ORSECK, UNTEREINER & SAUBER LLP
Lawrence S. Robbins*
Donald J. Russell*
Michael L. Waldman*
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
lrobbins@robbinsrussell.com

*admitted *pro hac vice*

*Attorneys for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Response is being filed electronically via the Court's CM/ECF website on August 21, 2012.  I further certify that true and correct copies of the filed Response are being served by Notice of Electronic Filing via CM/ECF to all counsel or parties on the attached Service List.


            By:    /s/ Patricia A. Redmond
                    Patricia A. Redmond (Fla. Bar # 303739)

CONSOLIDATED SERVICE LIST
CASE NOS:   10-cv-60017-KMM, 10-cv-60018-KMM, 10-cv-61681-KMM, 10-cv-61478-KMM, 10-cv-62032-KMM, 10-cv-62037-KMM, 10-cv-60019-KMM and 10-cv-61731-KMM

Aaron D. Van Oort     avanoort@faegre.com

Alan J. Stone     AStone@milbank.com

Amy Denton Harris     aharris.ecf@srbp.com

Andrew M. Leblanc     aleblanc@milbank.com

Andrew T. Beirne     abeirne@milbank.com

Atara Miller     amiller@milbank.com

Beth A. Williams     beth.williams@kirkland.com

Ceci Culpepper Berman     cberman@fowlerwhite.com, jvolpe@fowlerwhite.com

Charles M. Tatelbaum     ctatelbaum@hinshawlaw.com, lparker@hinshawlaw.com

Daniel T. Donovan     ddonovan@kirkland.com

Darren David Farfante     dfarfante@fowlerwhite.com

Daynor M. Carman     daynor.carman@bgllp.com

David Charles Pollack     dpollack@stearnsweaver.com, mleon@stearnsweaver.com

Donald J. Russell     drussell@robbinsrussell.com

Elliot Ganz     eganz@lsta.org

Eric J. Brenner ebrenner@bsfllp.com

Eric J. Feigin     efeigin@robbinsrussell.com

Evan D. Flaschen     evan.flaschen@bgllp.com

Gabrielle Ruha     gruha@milbank.com

Jennifer Gertrude Altman jaltman@bsfllp.com, nbermond@bsfllp.com

George A. Zimmerman     george.zimmerman@skadden.com

Gregory W. Nye     gregory.nye@bgllp.com

James M. Cretella     jcretella@oshr.com

Jeffrey Ira Snyder     jsnyder@bilzin.com, abeck@bilzin.com, cvarela@bilzin.com, eservice@bilzin.com, lflores@bilzin.com

Jonathan N. Helfat jhelfat@oshr.com

Lawrence S. Robbins     lrobbins@robbinsrussell.com

Mark A. Hiller     mhiller@robbinsrussell.com

Mark A. McDermott     mark.mcdermott@skadden.com

Michael Ira Goldberg     michael.goldberg@akerman.com, charlene.cerda@akerman.com, kimberly.matregrano@akerman.com

Michael L. Waldman     mwaldman@robbinsrussell.com

Nancy A. Copperthwaite     Nancy.Copperthwaite@akerman.com, Debra.Atkinson@akerman.com

Nury Agudo     nury.agudo@goldbergkohn.com

Patricia Ann Redmond     predmond@stearnsweaver.com, jrivera@stearnsweaver.com, mmesones-mori@stearnsweaver.com, rross@stearnsweaver.com, sanderson@stearnsweaver.com

Patrick Marecki     pmarecki@milbank.com

Paul A. Avron     pavron@bergersingerman.com, drt@bergersingerman.com, efile@bergersingerman.com

Philip C. Korologos pkorologos@bsfllp.com

Richard C. Prosser     rprosser@srbp.com

Richard F. Whiteley     richard.whiteley@bgllp.com

Richard M. Kohn     richard.kohn@goldbergkohn.com

Scott Louis Baena     sbaena@bilzin.com, cvarela@bilzin.com, eservice@bilzin.com, lflores@bilzin.com

Seven R. Rivera     srivera@chadbourne.com

    Stephen M. Mertz    smertz@faegre.com

    Thomas J. Hall    thall@chadbourne.com

    Thomas J. McCormack   tmccormack@chadbourne.com

    Thomas M. Messana    tmessana@messana-law.com, blieberman@messana-law.com, emair@messana-law.com, jmooremaley@messana-law.com, nbarrus@messana-law.com, thurley@messana-law.com, tmessana@bellsouth.net

    William C. Meyers    william.meyers@goldbergkohn.com

#2324567 v1