UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-cv-60019 (Moore)
(Case No. 10-cv-60508)
Case No. 10-cv-61731 (Moore)

| |
|---|
| In re:<br>TOUSA, INC., *et al.*,<br>                              Debtors. |
| CITICORP NORTH AMERICA, INC., *et al.*,<br>                              Appellants,<br>    vs.<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*, and TOUSA, Inc., *et al.,*<br>                              Appellees. |
| CASTLERIGG MASTER INVESTMENTS, LTD., *et al.*,<br>                              Appellants,<br>    vs.<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et. al.*,<br>                              Appellee. |

**FIRST LIEN APPELLANTS' RESPONSE TO ORDERS TO SHOW CAUSE IN
RELATED APPEALS AND RESPONSE TO THE OFFICIAL COMMITEE OF
 UNSECURED CREDITORS' RESPONSE TO ORDER TO SHOW CAUSE**

Appellants Citicorp North America, Inc., as Administrative Agent to the First Lien Term Loan, and certain First Lien Term Lenders[1] (collectively the "First Lien Appellants"), submit this response to Orders to Show Cause in the related appeals and response to the Official Committee of Unsecured Creditors' ("the Committee") Response to Order to Show Cause.

1.  On June 26, 2012 (as modified on July 20, 2012), this Court ordered the Appellants in the related appeals pending before it (Case Nos. 10-60017, 10-60018, 10-61478, 10-61681, 10-62032, 10-62037) to show cause whether they intend to renew their appeal with respect to the remedies imposed by the Bankruptcy Court and to address administrative matters such as a potential briefing schedule and consolidation of the cases into one action.

---

[1] The First Lien Term Lender parties hereto are Bank of America, N.A.; Castlerigg Master Investments, Ltd.; CFIP Master Fund, Ltd.; CGDO, LLC (as agent for Chilton Global Credit Opportunities Master Fund LP); Citibank, N.A.; Cyrus SPV I LLC; Fidelity REOI Cayman Ltd.; Fidelity Fixed Income Trust: Fidelity Strategic Real Return Fund; The Foothill Group, Inc.; Goldman Sachs Credit Partners L.P.; Grand Central Asset Trust, Gaia Series; Grand Central Asset Trust, SIL Series; HBK Master Fund L.P.; Helios Funding, LLC; Investment CBNA Loan Funding LLC; JPMorgan Chase Bank, N.A.; JP Morgan Whitefriars Inc.; McDonnell Loan Opportunity, Ltd.; Merrill Lynch Pierce, Fenner & Smith Incorporated; Monarch Master Funding Ltd.; Morgan Stanley Senior Funding, Inc.; Perry Principals, L.L.C.; Royal Bank of Canada; SOF Investments, L.P.; Taconic Capital Partners 1.5 L.P.; Taconic Opportunity Fund L.P.; Trilogy Portfolio Company, LLC; Van Kampen Dynamic Credit Opportunities Fund; Van Kampen Senior Income Trust; Van Kampen Senior Loan Fund; WCP Real Estate Strategies Fund, L.P.; and WCP Real Estate Strategies Fund (Cayman), L.P.

2. On August 21, 2012, the appeals of the First Lien Appellants of the Bankruptcy Court Judgment (Case No. 10-60019) and the Bankruptcy Court Payments Order (Case No. 10-61731) were reactivated and transferred to this Court. While the Court has not ordered the First Lien Appellants to show cause, the First Lien Appellants submit this response to the Court's June 26, 2012 Order to Show Cause (as modified on July 20, 2012) in the related appeals and response to the Committee's Response to Order to Show Cause.

3. The First Lien Appellants intend to renew and pursue in this Court all issues briefed in their appeals from the Bankruptcy Court Judgment (Case No. 10-60019) and Payment Order (Case No. 10-61731), excepting only the "reasonably equivalent value" issue decided by the Eleventh Circuit. Those issues include not just remedy issues, but also liability issues including whether the liens on TOUSA, Inc.'s tax refund held by the First and Second Lien Lenders were unlawful preferential transfers under the Bankruptcy Code.

4. The First Lien Appellants do not oppose consolidation of the related appeals.

5. The First Lien Appellants agree with the position of the Second Lien Lenders in their companion appeal that additional briefing be limited to the issue of how, if at all, the Eleventh Circuit's decision impacts the remaining issues before this Court. See D.E. #134 (Case No. 10-60018); D.E. #55 (Case No. 10-61681); see also D.E. #144 (Case No. 10-60019) (The Committee also joins the Second Lien Lenders' suggestion that briefing be limited to the question of how, if at all, the Eleventh Circuit's decision affects disposition of the remaining issues.). The First Lien Appellants also agree that oral argument should be permitted on the remaining issues in the appeals.

6.      The First Lien Appellants do not oppose the Committee's proposed briefing schedule and proposed page limits for further briefing limited to the effects of the Eleventh Circuit's decision on the remaining issues. Specifically, the Committee proposed that appellants' briefs be filed no later than 20 days from the entry of a scheduling order by this Court, and the Committee's brief be filed 15 days thereafter. D.E. #144 (Case No. 10-60019). With respect to page limits, the Committee proposed that each appellant submit a brief no longer than 15 pages and the Committee submit a single brief no longer than 25 pages to respond to all appellants' briefs. Id.

Respectfully submitted,

| **BOIES, SCHILLER & FLEXNER LLP** | **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.** |
|---|---|
| By: /s/ Jennifer G. Altman | By: /s/ Amy Denton Harris |

  Jennifer G. Altman
  Stephen N. Zack
  100 Southeast 2nd Street, Suite 2800
  Miami, FL  33131
  Telephone:  (305) 539-8400
  Facsimile:  (305) 539-1307

  -and-

Philip C. Korologos
Eric Brenner
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, New York  10022

*Attorneys for Appellants Monarch Master Funding Ltd. and Trilogy Portfolio Company, LLC*

  Harley Edward Riedel (183628)
  Richard Craig Prosser (354831)
  Amy Denton Harris (0634506)
  110 East Madison Street, Suite 200
  Tampa, Florida 33602-4718
  Telephone: (813) 229-0144
  Facsimile:  (813) 229-1811

  -and-

**CHADBOURNE & PARKE LLP**
  Thomas J. Hall (admitted *pro hac vice*)
  Thomas J. McCormack
  Seven Rivera (admitted *pro hac vice*)
  30 Rockefeller Plaza
  New York, New York 10112
  Telephone:  (212) 408-5100
  Facsimile:   (212) 541-5369

*Attorneys for Appellants Citicorp North America, Inc. and the First Lien Term Lenders*

August 28, 2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *First Lien Appellants' Response to Orders to Show Cause in Related Appeals and Response to the Official Committee of Unsecured Creditors' Response to Order to Show Cause* has been furnished on this 28th day of August, 2012 via the Court's CM/ECF system to CM/ECF registered users and via electronic mail to:

| **Counsel for the Official Committee of Unsecured Creditors:** | **Counsel for the Debtors TOUSA, Inc.,** *et al.***:** |
|---|---|
| Lawrence S. Robbins | Richard M. Cieri |
| Alan D. Strasser | Paul M. Basta |
| Michael L. Waldman | KIRKLAND & ELLIS LLP |
| Donald J. Russell | 601 Lexington Avenue |
| ROBBINS RUSSELL ENGLERT ORSECK | New York, NY 10022 |
| UNTEREINER & SAUBER LLP | Telephone:  (212) 446-4800 |
| 1801 K Street, NW, Suite 411 L | Facsimile:  (212) 446-4900 |
| Washington, D.C. 20006 | rcieri@kirkland.com |
| Telephone: (202) 775-4500 | pbasta@kirkland.com |
| Facsimile: (202) 775-4510 | |
| lrobbins@robbinsrussell.com | |
| astrasser@robbinsrussell.com | Daniel T. Donovan |
| mwaldman@robbinsrussell.com | Matthew E. Papez |
| drussell@robbinsrussell.com | Jeffrey S. Powell |
| | Beth A. Williams |
| Patricia A. Redmond | KIRKLAND & ELLIS LLP |
| David Charles Pollack | 655 15th Street, N.W. |
| STEARNS WEAVER MILLER WEISSLER | Washington, D.C. 20005 |
| ALHADEFF & SITTERSON, P.A. | Telephone:  (202) 879-5000 |
| Museum Tower | Facsimile:  (202) 879-5200 |
| 150 West Flagler Street, Suite 2200 | ddonovan@kirkland.com |
| Miami, FL 33130 | mpapez@kirkland.com |
| Telephone: (305) 789-3553 | jpowell@kirkland.com |
| Facsimile: (305) 789-3395 | beth.williams@kirkland.com |
| predmond@swmwas.com | |
| dpollack@stearnsweaver.com | |

| **Counsel for Wells Fargo Bank, N.A. and Second Lien Lenders:** | **Counsel for the Debtors TOUSA, Inc., *et al.*:** |
|---|---|
| Evan D. Flaschen<br>Gregory W. Nye<br>Richard F. Whiteley<br>Heath A. Novosad<br>BRACEWELL & GIULIANI LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06013<br>Telephone:  (860) 947-9000<br>Facsimile:  (860) 246-3201<br>evan.flaschen@bgllp.com<br>gregory.nye@bgllp.com<br>Richard.whiteley@bgllp.com<br>heath.novosad@bgllp.com<br><br><br>Scott L. Baena<br>Matthew I. Kramer<br>Jeffrey Snyder<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, FL  33131<br>Telephone:  (305) 350-7245<br>Facsimile:  (305) 374-7593<br>sbaena@bilzin.com<br>mkramer@bilzin.com<br>jsnyder@bilzin.com | Paul Steven Singerman<br>Paul A. Avron<br>BERGER SINGERMAN, P.A.<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 775-9500<br>Facsimile: (305) 714-4340<br>singerman@bergersingerman.com<br>pavron@bergersingerman.com |

| Counsel for<br>**3V Capital Master Fund Ltd., et. al.:**<br>Dennis F. Dunne<br>Andrew M. LeBlanc<br>Dennis C. O'Donnell<br>Alan J. Stone<br>Atara Miller<br>Gabrielle Ruha<br>Patrick Marecki<br>MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5287<br>Facsimile: (212) 530-5219<br>ddunne@milbank.com<br>aleblanc@milbank.com<br>dodonnell@milbank.com<br>AStone@milbank.com<br>amiller@milbank.com<br>gruha@milbank.com<br>pmarecki@milbank.com<br><br>Michael I. Goldberg<br>AKERMAN SENTERFITT<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>michael.goldberg@akerman.com<br><br>Nancy A. Copperthwaite<br>AKERMAN SENTERFITT<br>SunTrust International Center<br>1 SE 3rd Avenue<br>25th Floor<br>Miami, FL 33131-1714<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>Nancy.Copperthwaite@akerman.com | Counsel for<br>**Senior Transeastern Lenders Centurion CDO 10, Ltd., et. al.:**<br>Darren D. Farfante<br>Ceci Culpepper Berman<br>FOWLER WHITE BOGGS P.A.<br>501 E. Kennedy Boulevard<br>Suite 1700<br>Tampa, FL 33601<br>Telephone: (813) 228-7411<br>Facsimile: (813) 229-8313<br>dfarfante@fowlerwhite.com<br>cberman@fowlerwhite.com<br><br>Aaron D. Van Oort<br>Stephen M. Mertz<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612)-766-7000<br>Facsimile: (612)-766-1600<br>aaron.vanoort@faegrebd.com<br>stephen.mertz@faegrebd.com |

| **Counsel to Monarch Master Funding Ltd. and Trilogy Portfolio Company, LLC:**<br><br>Jennifer Gertrude Altman<br>Stephen N. Zack<br>BOIES, SCHILLER & FLEXNER LLP<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Telephone:  (305) 539-8400<br>Facsimile:  (305) 539-1307<br>szack@bsfllp.com<br>jaltman@bsfllp.com<br><br>Philip C. Korologos<br>Eric Brenner<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>Telephone:  (212) 446-2315<br>Facsimile:  (212) 446-2350<br>pkorologos@bsfllp.com<br>ebrenner@bsfllp.com | **Counsel for Black Diamond CLO 2005-1:**<br>Eric N. Assouline, Esq.<br>ASSOULINE & BERLOWE, P.A.<br>213 E. Sheridan Street, Suite 3<br>Dania Beach, Florida 33004<br>Telephone: (954) 929-1899<br>Facsimile: (954) 922-6622<br>ena@assoulineberlowe.com |
|---|---|
| **United States Trustee:**<br><br>Steven D. Schneiderman<br>Office of the U.S. Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL  33130<br>Telephone:  (305) 536-7285<br>Facsimile:  (305) 536-7360<br>Steven.D.Schneiderman@usdoj.gov | **Counsel for Stedman Loan Funding II Subsidiary Holding Company II, LLC:**<br>David P. Draigh<br>WHITE & CASE LLP<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>ddraigh@whitecase.com |

| **Counsel for Amicus Curiae Loan Syndications & Trading Association:** | **Counsel for Amicus Curiae Commercial Finance Association:** |
|---|---|
| Thomas M. Messana<br>MESSANA, P.A.<br>401 E. Las Olas Boulevard, Suite 1400<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 712-7400<br>Facsimile: (954) 712-7401<br>tmessana@messana-law.com<br><br>George A. Zimmerman<br>Mark A. McDermott<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>George.Zimmerman@skadden.com<br>Mark.McDermott@skadden.com<br><br>Elliot Ganz<br>LOAN SYNDICATIONS & TRADING ASSOCIATION<br>366 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 880-3000<br>Facsimile: (212) 880-3040<br>eganz@lsta.org | James M. Cretella<br>Jonathan N. Helfat<br>OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>230 Park Avenue<br>29th Floor<br>New York, NY 10169<br>Telephone: (212) 661-9100<br>Facsimile: (212) 682-6104<br>jcretella@oshr.com<br>jhelfat@oshr.com<br><br>Richard M. Kohn<br>William C. Meyers<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60630<br>Telephone: (312) 201-4000<br>Facsimile:  (312) 332-2196<br>richard.kohn@goldbergkohn.com<br>william.meyers@goldbergkohn.com |
|  | */s/ Amy Denton Harris*<br>  Amy Denton Harris |