UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case No. 10-62035-CIV-Moore**
L.T. Nos. 08-10928-JKO & 08-01435-JKO

| |
|---|
| In re: TOUSA, INC., *et al.*, <br>             Debtors. |
| SENIOR TRANSEASTERN LENDERS, *et al.*, <br>             Appellants, <br><br>v. <br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., <br>             Appellee, <br><br>and <br><br>TOUSA, INC., *et al.*, <br>             Appellees. |

# NOTIFICATION OF OFFER
# TO JUDICIAL LAW CLERK

Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), which has appeared *pro hac vice* as counsel in this matter for the Transeastern Lenders, Group 1, hereby notifies the Court and all parties that it has extended an offer of employment to Daniel White, who is currently serving as law clerk to the Honorable K. Michael Moore, and that Mr. White has accepted the offer of employment. Pursuant to Rule 4-1.12 of the Florida Rules of Professional Conduct, Milbank will implement measures designed to screen Mr. White from any participation in this matter.

{25233543;1}

Respectfully submitted,

| | |
|---|---|
| Andrew M. Leblanc (*pro hac vice*) | /s/ Nancy A. Copperthwaite |
| Atara Miller (*pro hac vice*) | Nancy A. Copperthwaite |
| Gabrielle L. Ruha (*pro hac vice*) | AKERMAN SENTERFITT |
| MILBANK, TWEED, HADLEY | SunTrust International Center |
|    & McCLOY LLP | One S.E. Third Avenue, 25th Floor |
| 1 Chase Manhattan Plaza | Miami, Florida  33131 |
| New York, NY 10005 | Telephone:   305-374-5600 |
| Telephone:   212-530-5000 | Telefax:   305-374-5095 |
| Telfax:   212-530-5219 | Nancy.Copperthwaite@akerman.com |
| | |
| | Michael I. Goldberg |
| | AKERMAN SENTERFITT |
| | Las Olas Centre II, Suite 1600 |
| | 3350 East Las Olas Boulevard |
| | Fort Lauderdale, Florida  33301 |
| | Telephone:   954-463-2700 |
| | Telefax:   954-463-2224 |
| | Michael.Goldberg@akerman.com |

*Counsel for Defendants-Appellants Transeastern Lenders, Group 1*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3rd day of October 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nancy A. Copperthwaite
Nancy A. Copperthwaite
Florida Bar No. 549428

{25233543;1}

## TOUSA SERVICE LIST

| | |
|---|---|
| Patricia A. Redmond, Esq.<br>STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>150 West Flagler Street, Suite 2500<br>Miami, Florida 33130<br>Phone: 305-789-3553<br>Fax: 305-789-3395<br>*PRedmond@swmwas.com* | Thomas J. Hall, Esq.<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Phone: 212-408-5100<br>Fax: 212-541-5369<br>*THall@chadbourne.com* |
| Lawrence S. Robbins, Esq.<br>Michael L. Waldman, Esq.<br>ROBBINS, RUSSELL, ENGLERT,<br>ORSECK, UNTEREINER & SAUBER<br>1801 K Street, N.W., Suite 411-L<br>Washington, DC 20006<br>Phone: 202-775-4500<br>Fax: 202-775-4510<br>*MWaldman@robbinsrussell.com* | Richard C. Prosser, Esq.<br>Amy D. Harris, Esq.<br>STRICHTER, RIEDEL, BLAIN<br>& PROSSER, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, Florida 33602<br>Phone: 813-229-0144<br>Fax: 813-229-1811<br>*RProsser.ecf@srbp.com* |
| Scott L. Baena, Esq.<br>BILZIN SUMBERG BAENA<br>PRICE & AXELROD LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida 33131<br>Phone: 305-374-7580<br>Fax: 305-374-7593<br>*SBaena@bilzin.com* | Evan Flaschen, Esq.<br>Gregory W. Nye, Esq.<br>BRACEWELL & GIULIANI LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06103<br>Phone: 860-947-9000<br>Fax: 860-246-3201<br>*Gregory.Nye@bgllp.com* |
| Stephen M. Mertz, Esq.<br>FAEGRE & BENSON, LLP.<br>200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minn. 55402<br>Phone: 612-766-7000<br>Fax: 612-766-1600<br>*SMertz@faegre.com* | Jennifer G. Altman, Esq.<br>BOIES SCHILLER & FLEXNER, LLP<br>100 S.E. Second Street, Suite 2800<br>Miami, Florida 33131<br>Phone: 305-539-8400<br>Fax: 305-539-1307<br>*JAltman@bsfllp.com* |

| | |
|---|---|
| Ceci Culpepper Berman, Esq.<br>FOWLER WHITE BOGGS P.A.<br>501 E. Kennedy Boulevard, Suite 1700<br>P.O. Box 1438<br>Tampa, Florida  33602<br>Phone:    813-222-2031<br>Fax:         813-384-2842<br>*CBerman@fowlerwhite.com* | Eric Brenner, Esq.<br>BOIES SCHILLER & FLEXNER, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY  10022<br>Phone:    212-446-2230<br>Fax:         212-446-2350<br>*EBrenner@bsfllp.com* |
| George A. Zimmerman, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY  10036<br>Phone:    212-735-3000<br>Fax:         212-735-2000<br>*George.Zimmerman@skadden.com* | Beth A. Williams, Esq.<br>KIRKLAND & ELLIS<br>655 15th Street, N.W.,<br>Suite 1200<br>Washington, D.C.  20005<br>Phone:    202-879-5000<br>Fax:         202-879-5200<br>*Beth.Williams@kirkland.com* |
| Elliot Ganz, Esq.<br>LOAN SYNDICATIONS & TRADING ASSOCIATION<br>366 Madison Avenue<br>NY, NY  10017<br>Phone:    212-880-3000<br>Fax:         212-880-3040<br>*EGanz@lsta.org* | Thomas M. Messana, Esq.<br>MESSANA, P.A.<br>401 E. Las Olas Boulevard, Suite 1400<br>Fort Lauderdale, Fla.  33301<br>Phone:    954-712-7400<br>Fax:         954-712-7401<br>*TMessana@messana-law.com* |
| Paul A. Avron, Esq.<br>Berger Singerman, P.A.<br>200 S. Biscayne Boulevard, Suite 1000<br>Miami, Florida 33131<br>Phone:    305-755-9500<br>Fax:         305-714-4340<br>*Pavron@bergersingerman.com* | |