UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 10-62035-CIV-Moore
L.T. Nos. 08-10928-JKO & 08-01435-JKO

| | |
|---|---|
| In re:<br><br>TOUSA, INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | |
| 3V CAPITAL MASTER FUND LTD., *et al.*<br><br>　　　　　　　　　　Appellants,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TOUSA, INC., *et al.*,<br><br>　　　　　　　　　　Appellees. | |

### JOINDER IN REPLY BRIEF FOR DEFENDANT-APPELLANTS THE TRANSEASTERN LENDERS, GROUP 1

　　　　The Group 2 Transeastern Lenders hereby adopt and join all the positions and arguments in the Reply Brief for Defendants-Appellants the Transeastern Lenders, Group 1, filed on January 7, 2013 (the "Brief").

　　　　The defined term "Transeastern Lenders" used in the Brief includes and applies equally to the Group 1 Transeastern Lenders and the Group 2 Transeastern Lenders listed below.[1] The difference between the two Groups arises not from any factual difference in the underlying transaction at issue, but simply in a difference of representation in this litigation.

　　　　The Group 2 Transeastern Lenders are appellants Centurion CDO 10, Ltd.; Centurion

CDO 8, Limited; Centurion CDO 9, Ltd.; Centurion CDO II, Ltd.; Centurion CDO VI, Ltd.; Centurion CDO VII, Ltd.; Centurion CDO XI, Ltd.; Eaton Vance Credit Opportunities Fund; Eaton Vance Floating-Rate Income Trust; Eaton Vance Grayson & Co.; Eaton Vance Limited Duration Income Fund; Eaton Vance Senior Debt Portfolio; Eaton Vance Senior Floating-Rate Trust; Eaton Vance Senior Income Trust; Eaton Vance VT Floating-Rate Income Fund; Riversource Floating Rate Fund; and Sequils-Centurion V, Ltd.

Dated:  January 7, 2013          Respectfully submitted,

*s/ Ceci Culpepper Berman*
Ceci Culpepper Berman (Fla. Bar No. 0329060)
cberman@fowlerwhite.com
Fowler White Boggs P.A.
Suite 1700, 501 East Kennedy Boulevard
Tampa, FL  33602
Telephone:     (813) 222-2031
Fax:                (813) 384-2842

Attorneys for Appellants Centurion CDO 10, Ltd.; Centurion CDO 8, Limited; Centurion CDO 9, Ltd.; Centurion CDO II, Ltd.; Centurion CDO VI, Ltd.; Centurion CDO VII, Ltd.; Centurion CDO XI, Ltd.; Eaton Vance Credit Opportunities Fund; Eaton Vance Floating-Rate Income Trust; Eaton Vance Grayson & Co.; Eaton Vance Limited Duration Income Fund; Senior Debt Portfolio (referred to in these proceedings as "Eaton Vance Senior Debt Portfolio"); Eaton Vance Senior Floating-Rate Trust; Eaton Vance Senior Income Trust; Eaton Vance VT Floating-Rate Income Fund; Riversource Floating Rate Fund; Sequils-Centurion V, Ltd.

---

1 The Transeastern Lenders, Group 1 were listed on Exhibit A to the Initial Brief for Defendants-Appellants the Transeastern Lenders, Group 1 filed on October 9, 2012.  [Docket No. 34.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case No. 10-62035-CIV-Moore**
L.T. Nos. 08-10928-JKO & 08-01435-JKO

In re:

TOUSA, INC., *et al.*,

                Debtors.

3V CAPITAL MASTER FUND LTD., *et al.*

                Appellants,

      vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

                Appellees.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    */s/ Ceci Culpepper Berman*

## SERVICE LIST

### Case No. 10-62035-CIV-Moore

| | |
|---|---|
| Patricia A. Redmond, Esq.<br>STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>150 West Flagler Street, Suite 2500<br>Miami, Florida  33130<br>*PRedmond@swmwas.com* | Thomas J. Hall, Esq.<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>*THall@chadbourne.com* |
| Lawrence S. Robbins, Esq.<br>Michael L. Waldman, Esq.<br>ROBBINS, RUSSELL, ENGLERT,<br>ORSECK, UNTEREINER & SAUBERG<br>1801 K Street, N.W., Suite 411-L<br>Washington, DC  20006<br>*MWaldman@robbinsrussell.com* | Richard C. Prosser, Esq.<br>Amy D. Harris, Esq.<br>STRICHTER, RIEDEL, BLAIN<br>& PROSSER, P.A.<br>110 E. Madison Street, Suite 200<br>*RProsser.ecf@srbp.com* |
| Scott L. Baena, Esq.<br>BILZIN SUMBERG BAENA<br>PRICE & AXELROD LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida  33131<br>*SBaena@bilzin.com* | Evan Flaschen, Esq.<br>Gregory W. Nye, Esq.<br>BRACEWELL & GIULIANI LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT  06103<br>*Gregory.Nye@bgllp.com* |
| Andrew M. Lebalnc<br>Atara Miller<br>Gabrielle l. Ruha<br>MILLBANK, TWEED, HADLEY<br>& MCCOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Jennifer G. Altman, Esq.<br>BOIES SCHILLER & FLEXNER, LLP<br>100 S.E. Second Street, Suite 2800<br>Miami, Florida  33131<br>*JAltman@bsfllp.com* |
| Nancy A. Copperthwaite<br>AKERMAN SENTERFITT<br>SunTrust International Center<br>One S.E. Third Avenue, 25th Floor<br>Miami, Florida  33131<br>*Nancy.Copperthwaite@akerman.com* | Eric Brenner, Esq.<br>BOIES SCHILLER & FLEXNER, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY  10022<br>*EBrenner@bsfllp.com* |

| | |
|---|---|
| George A. Zimmerman, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY  10036<br>*George.Zimmerman@skadden.com* | Beth A. Williams, Esq.<br>KIRKLAND & ELLIS<br>655 15th Street, N.W.,<br>Suite 1200<br>Washington, D.C.  20005<br>*Beth.Williams@kirkland.com* |
| Elliot Ganz, Esq.<br>LOAN SYNDICATIONS & TRADING ASSOCIATION<br>366 Madison Avenue<br>NY, NY  10017<br>*EGanz@lsta.org* | Thomas M. Messana, Esq.<br>MESSANA, P.A.<br>401 E. Las Olas Boulevard, Suite 1400<br>Fort Lauderdale, Fla.  33301<br>*TMessana@messana-law.com* |
| Paul A. Avron, Esq.<br>Berger Singerman, P.A.<br>200 S. Biscayne Boulevard, Suite 1000<br>Miami, Florida 33131<br>*Pavron@bergersingerman.com* | Michael I. Goldberg<br>AKERMAN SENTERFITT<br>Las Olas Centre II, Suite 1600<br>3350 East Las Olas Boulevard<br>Fort Lauderdale, Florida  33301<br>*Michael.Goldberg@akerman.com* |

dms.us.51350645.01